**KOCK JEFFREY ALLAN**

28 USC § 1603(a)

9185 Sugar Street

West Des Moines, Iowa [50266]

Jakock@gmail.com

(515)322-7924

OFFICIAL BUSINESS



We, the people of Iowa (by and through the Constituent herein named), with whom the United States, and it's agencies and instrumentalities, are forever obligated and accountable, hereby assert that the Person(s), Property and enjoyment of the undersigned is EXEMPT from Levy, **Article 4 § 2, US Const.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

OFFICE OF THE CLERK

JOHN S. COURTER, Clerk of Court

123 East Walnut Street

Des Moines, IA 50309

RE:  Case No.: 4:21-CR-00054

John S. Courter, Clerk of Court:

You will find the following:

1. Defendant on bond, for registration under 26 USC 149;
2. the undersigned's letter and order, to be directed to the judge in camera; and
3. certificate of service.

If you have any questions contact the undersigned.  Thank you in advance for your attention upon this matter.

Jeffrey Allan Kock,

Interested Party

RECEIVED

21 MAY 1. PM 3: 37

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**RECEIVED**

APR **1 3** 2021

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:21-cr-054 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| JEFFREY ALLAN KOCK, | ) | T. 18 U.S.C. § 287 |
| | ) | T. 18 U.S.C. § 981(a)(1)(C) |
| Defendant. | ) | T. 18 U.S.C. § 982(a)(1) |
| | ) | T. 18 U.S.C. § 1341 |
| | ) | T. 18 U.S.C. § 1343 |
| | ) | T. 18 U.S.C. § 1957 |
| | ) | T. 18 U.S.C. § 2232(a) |
| | ) | T. 26 U.S.C. § 7203 |
| | ) | T. 28 U.S.C. § 2461(c) |



THE GRAND JURY CHARGES:

### COUNT 1
(Failure to File – Calendar Year 2014)

During the calendar year 2014, the defendant, JEFFREY ALLAN KOCK, who

was a resident of West Des Moines, Iowa, within the Southern District of Iowa, had

and received gross income in such an amount that defendant was required by law,

following the close of the calendar year 2014, and on or before April 15, 2015, to make

an income tax return to the person assigned to receive returns at the local office of

the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa,

or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or to

another proper officer of the United States, stating specifically the items of

defendant's gross income and any deductions and credits to which defendant was

entitled. Well-knowing and believing the foregoing, the defendant, JEFFREY ALLAN

KOCK, did willfully fail to make an income tax return to said person assigned to

1

receive returns at the local office of the Internal Revenue Service, to said director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Failure to File—Calendar Year 2015)

During the calendar year 2015, the defendant, JEFFREY ALLAN KOCK, who was a resident of West Des Moines, Iowa, within the Southern District of Iowa, had and received gross income in such an amount that defendant was required by law, following the close of the calendar year 2015, and on or before April 18, 2016, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or to another proper officer of the United States, stating specifically the items of defendant's gross income and any deductions and credits to which defendant was entitled. Well-knowing and believing the foregoing, the defendant, JEFFREY ALLAN KOCK, did willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>
**(Failure to File—Calendar Year 2016)**

During the calendar year 2016, the defendant, JEFFREY ALLAN KOCK, who was a resident of West Des Moines, Iowa, within the Southern District of Iowa, had and received gross income in such an amount that defendant was required by law, following the close of the calendar year 2016, and on or before April 18, 2017, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or to another proper officer of the United States, stating specifically the items of defendant's gross income and any deductions and credits to which defendant was entitled. Well-knowing and believing the foregoing, the defendant, JEFFREY ALLAN KOCK, did willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

3

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(Failure to File—Calendar Year 2017)**

During the calendar year 2017, the defendant, JEFFREY ALLAN KOCK, who was a resident of West Des Moines, Iowa, within the Southern District of Iowa, had and received gross income in such an amount that defendant was required by law, following the close of the calendar year 2017, and on or before April 17, 2018, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or to another proper officer of the United States, stating specifically the items of defendant's gross income and any deductions and credits to which defendant was entitled. Well-knowing and believing the foregoing, the defendant, JEFFREY ALLAN KOCK, did willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

4

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>
**(Failure to File—Calendar Year 2018)**

During the calendar year 2018, the defendant, JEFFREY ALLAN KOCK, who was a resident of West Des Moines, Iowa, within the Southern District of Iowa, had and received gross income in such an amount that defendant was required by law, following the close of the calendar year 2018, and on or before April 15, 2019, to make an income tax return to the person assigned to receive returns at the local office of the Internal Revenue Service at Des Moines, Iowa, in the Southern District of Iowa, or to the Director, Internal Revenue Service Center, at Kansas City, Missouri, or to another proper officer of the United States, stating specifically the items of defendant's gross income and any deductions and credits to which defendant was entitled. Well-knowing and believing the foregoing, the defendant, JEFFREY ALLAN KOCK, did willfully fail to make an income tax return to said person assigned to receive returns at the local office of the Internal Revenue Service, to said director of the Internal Revenue Service Center, or to any other proper officer of the United States.

This is a violation of Title 26, United States Code, Section 7203.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (False Claim—Calendar Year 2018)

On or about November 23, 2019, in the Southern District of Iowa and elsewhere, the defendant, JEFFREY ALLAN KOCK, who was a resident of West Des Moines, Iowa, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for a payment of a refund of taxes in the amount of $20,671, in the name of the Jeffrey Allan Kock Trust, which defendant then and there knew to be materially false, fictitious, and fraudulent, in that defendant JEFFREY ALLAN KOCK prepared and caused to be prepared, and presented and caused to be presented to said agency, a U.S. Income Tax Return for Estates and Trusts, Form 1041, for the calendar year 2018 which requested a refund to which neither the defendant nor the Jeffrey Allan Kock Trust were entitled.

This is a violation of Title 18, United States Code, Section 287.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### (False Claim—Calendar Year 2019)

On or about January 16, 2020, in the Southern District of Iowa and elsewhere, the defendant, JEFFREY ALLAN KOCK, who was a resident of West Des Moines, Iowa, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for a payment of a refund of taxes in the amount of $10,921,192, in the name of the Jeffrey Allan

6

Kock Trust, which defendant then and there knew to be materially false, fictitious, and fraudulent, in that defendant JEFFREY ALLAN KOCK prepared and caused to be prepared, and presented and caused to be presented to said agency, a U.S. Income Tax Return for Estates and Trusts, Form 1041, for the calendar year 2019 which requested a refund to which neither the defendant nor the Jeffrey Allan Kock Trust were entitled.

This is a violation of Title 18, United States Code, Section 287.

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 8
### (Wire Fraud)

On or about November 23, 2019, in the Southern District of Iowa and elsewhere, the defendant, JEFFREY ALLAN KOCK, having knowingly devised and intending to devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses and representations, did for the purpose of executing said scheme and artifice to defraud knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce a fraudulent U.S. Income Tax Return for Estates and Trusts, Form 1041, for the calendar year 2018, in the name of the Jeffrey Allan Kock Trust, which requested a refund in the amount of $20,671 to which neither the defendant nor the Jeffrey Allan Kock Trust were entitled. Said Form 1041 was submitted to the Internal Revenue Service from the Southern District of Iowa electronically, and it was received at the Internal Revenue Service Center at Ogden, Utah.

This is a violation of Title 18, United States Code, Section 1343.

7

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 9
**(Mail Fraud)**

On or about January 16, 2020, in the Southern District of Iowa and elsewhere, the defendant, JEFFREY ALLAN KOCK, having knowingly devised and intending to devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses and representations did for the purpose of executing said scheme and artifice to defraud knowingly cause to be delivered by mail according to the directions thereon a fraudulent U.S. Income Tax Return for Estates and Trusts, Form 1041, for the calendar year 2019, in the name of the Jeffrey Allan Kock Trust, which requested a refund in the amount of $10,921,192 to which neither the defendant nor the Jeffrey Allan Kock Trust were entitled. Said Form 1041 was mailed to the Internal Revenue Service from the Southern District of Iowa, and it was received at the Internal Revenue Service Center at Ogden, Utah, on or about January 24, 2020.

This is a violation of Title 18, United States Code, Section 1341.

8

**THE GRAND JURY FURTHER CHARGES:**

**COUNTS 10-12**
**(Money Laundering)**

On or about the following dates, in the Southern District of Iowa, the defendant, JEFFREY ALLAN KOCK, did knowingly engage and attempt to engage in the following monetary transactions by and through a financial institution, and affecting interstate commerce, in criminally derived property of a value greater than $10,000 having been derived from one or more specified unlawful activities, that is wire fraud (18 U.S.C. § 1343) and mail fraud (18 U.S.C. § 1341), in that defendant caused the following checks to be issued and negotiated from an account at Bankers Trust of Clive, Iowa, into which account said criminally derived proceeds had been deposited:

| Count | Date | Description of Monetary Transaction |
|-------|------|-------------------------------------|
| 10 | March 3, 2020 | Cashier's check in the amount of $146,271.80 for the purchase of a 2020 Mercedes Benz E63 sedan |
| 11 | March 3, 2020 | Cashier's check in the amount of $122,556.05 for the purchase of a 2017 Mercedes Benz G63 SUV |
| 12 | March 4, 2020 | Cashier's check in the amount of $117,581.70 for the purchase of a 2019 Mercedes Benz SL450 coupe |

Each of these counts is a violation of Title 18, United States Code, Section 1957.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 13**
**(Concealment of Asset)**

From on or about June 18, 2020, and continuing until on or about September 14, 2020, in the Southern District of Iowa, the defendant, JEFFREY ALLAN KOCK, before the seizure of certain property by the Internal Revenue Service-Criminal Investigation, to wit a 2020 Mercedes Benz E63 sedan titled in the name of the Jeffrey Allan Kock Trust, the seizure of which had been authorized by a United States Magistrate Judge, did knowingly take action for the purpose of preventing and impairing the Government's lawful authority to take such property into its custody and control, in that defendant knowingly concealed said property after receiving notice that it was subject to seizure.

This is a violation of Title 18, United States Code, Section 2232(a).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1343 and 1341 as set out in Counts 8 and 9 of this Indictment, the defendant, JEFFREY ALLAN KOCK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said offenses.

Upon conviction of the offenses in violation of Title 18, United States Code, Section 1957 as set out in Counts 10, 11, and 12 of this Indictment, the defendant, JEFFREY ALLAN KOCK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in said offenses and any property traceable to said property.

The property to be forfeited includes, but is not limited to:

1.  A 2020 Mercedes Benz E63 sedan (VIN W1KZF8KB0LA810283);

2.  A 2017 Mercedes Benz G63 SUV (VIN WDCYC7DF5HX274308); and

3.  A 2019 Mercedes Benz SL450 coupe (VIN WDDJK6GA2KF055555).

This is all pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON                        _____

Richard D. Westphal
Acting United States Attorney

By:  /s/ Andrew H. Kahl

Andrew H. Kahl
Assistant United States Attorney

11



**KOCK JEFFREY ALLAN**

28 USC § 1603(a)

9185 Sugar Street

West Des Moines, Iowa [50266]

Jakock@gmail.com

(515)322-7924

OFFICIAL BUSINESS

We, the people of Iowa (by and through the Constituent herein named), with whom the United States, and it's agencies and instrumentalities, are forever obligated and accountable, hereby assert that the Person(s), Property and enjoyment of the undersigned is **EXEMPT** from Levy, **Article 4 § 2, US Const.**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

REBECCA GOODGAME EBINGER, US District Judge

123 East Walnut Street

Des Moines, IA 50309

RE:  Case No.: 4:21-CR-00054

Rebecca Goodgame Ebinger, US District Judge:

I, Jeffrey Allan Kock, a full constitutionally empowered human being, and surety on account of of the above referenced case, hereby state under penalty of perjury, under the laws of Iowa, the following for private settlement:

1.  I do not contest the Defendant's charges, nor deny allegations sworn in said case;
2.  I registered a bond, conditioned to answer the judgment or decree of this court;
3.  I am entitled to such interest in, and enforcement of, the obligation of the United States incurred, 28 USC §§ 2465(b) and 3307(d);
4.  I am competent, and reject court appointed counsel, to the extent the same conflicts with my private rights and interest;
5.  I do not waive any of my rights (including, and not limited to, human, civil and constitutional;
6.  I invoke protection from self incrimination;
7.  I am not the defendant (I am a human being distinguished from the " legal person" charged; and
8.  in the interests of justice, immunity from the jurisdiction of this court is hereby claimed.

Accordingly, I hereby demand your ministerial entry of my release order, without delay nor your ruling adversely affecting such matter herein-mentioned

Jeffrey Allan Kock,

Constituent/IP

STATE OF IOWA

COUNTY OF Dallas

The statement herein-above was signed before me, a duly commissioned Notary Public, on the 18 day of May 2021 by the Constituent herein named.

Notary Public



VALERIE CAIN

Commission Number 735766

My Commission Expires

7.29.2023

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

v.                                                              Case Number: **4:21CR00054**

JEFFREY ALLAN KOCK

## ORDER

THE MATTER BEFORE this Court is hereby released to:

**KOCK JEFFREY ALLAN**
**9185 Sugar Street**
**West Des Moines, Iowa [50266]**

with interest as provided for under  28 USC § 2465(b).

**IT'S SO ORDERED** this____day of _____2021, at Polk County, Iowa.

_____
REBECCA GOODGAME EBINGER, US District Judge

_____
Deputy/Clerk of Court

## CERTIFICATE OF SERVICE

I, Jeffrey Allan Kock, hereby certify that a true copy of the undersigned's letter to court, order and certificate of service, herewith filed, was served on the attorney for the Plaintiff, via email: andrew.kahl@usdoj.gov, on May 18 , 2021.

Jeffrey Allan Kock