IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 4:21-cr-054 |
| v. | ) |
| | ) RULE 803(10) |
| JEFFREY ALLAN KOCK, | ) NOTICE |
| | ) |
| Defendant. | ) |

The United States of America, by and through its undersigned counsel, respectfully gives notice pursuant to Fed. R. Evid. 803(10) of its intent to offer into evidence a Certification of Lack of Record that defendant Jeffrey Allan Kock did not file a federal income tax return (Form 1040) for the calendar years 2010-2020; and a Certification of Lack of Record regarding Forms 1099 for the Jeffrey Allan Kock Trust for the calendar years 2011-2019.

Copies of said Certifications of Lack of Record have been provided to defendant in discovery and will be offered into evidence at trial. Additionally, the United States

/

/

/

/

/

/

/

anticipates calling a witness familiar with the IRS's record-keeping system, in order to further explain and authenticate said Certifications of Lack of Record.

                                                 Respectfully submitted,

                                                 Richard D. Westphal
                                                 Acting United States Attorney

By:    */s/ Andrew H. Kahl*
               Andrew H. Kahl
               Assistant United States Attorney

               U. S. Courthouse Annex, Suite 286
               110 East Court Avenue
               Des Moines, Iowa  50309
               Tel:  (515) 473-9300
               Fax:  (515) 473-9292
               Email:  Andrew.Kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

__X__U.S. Mail  _____ Fax  _____Hand Delivery

__X__ECF/Electronic filing  _____Other means

UNITED STATES ATTORNEY

By:  */s/ Dawn Thomas*
     Paralegal Specialist


Jeffrey Allan Kock
9185 Sugar Street
West Des Moines, Iowa 50266