IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No.   4:21-CR-054 |
| | ) | |
| JEFFREY ALLAN KOCK, | ) | AMENDED |
| | ) | GOVERNMENT'S |
| Defendant. | ) | EXHIBIT LIST |
| | ) | |

COMES NOW the United States of America, by its attorney, Andrew H. Kahl, Assistant United States Attorney for the Southern District of Iowa, and submits the following list of exhibits which may be introduced in the government's case-in-chief.  This list may not include exhibits which may be introduced, depending in part upon issues which may arise during trial, and the government reserves its right to offer exhibits not on this list as necessary.

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 101 | IRS Information Return Data (2014) | | | |
| 102 | IRS Information Return Data (2015) | | | |
| 103 | IRS Information Return Data (2016) | | | |
| 104 | IRS Information Return Data (2017) | | | |
| 105 | IRS Information Return Data (2018) | | | |
| 106 | IRS Information Return Data (2019) | | | |
| 107 | Iowa Workforce Development wage summary | | | |
| 108 | Iowa Workforce Development benefit record | | | |
| 109 | Earnings Records – Shottenkirk Waukee, Inc. | | | |
| 110 | 2014 W-2 (Louie's Wine Dive) | | | |
| 111 | 2014 paycheck summary (Louie's Wine Dive) | | | |
| 112 | Paychecks (Louie's Wine Dive) | | | |
| 113 | 2017 W-2 (Doc's Lounge) | | | |

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 114 | 2018 W-2 (Doc's Lounge) | | | |
| 115 | 2019 W-2 (Doc's Lounge) | | | |
| 116 | Paystubs (Doc's Lounge) | | | |
| 117 | Employee Summary (Rayon Development) | | | |
| 118 | Check History Detail (Rayon Development/Hessen Haus) | | | |
| 119 | Check History Detail (Rayon Development/Buzzard Billy's) | | | |
| 120 | OS Restaurant Services - Employee Summary | | | |
| 121 | OS Restaurant Services - Name, Address, and Telephone | | | |
| 122 | OS Restaurant Services - Status & Key Dates | | | |
| 123 | OS Restaurant Services - Private Info | | | |
| 124 | OS Restaurant Services - Job Summary | | | |
| 125 | OS Restaurant Services - Compensation Summary | | | |
| 126 | OS Restaurant Services - 2014 Pay Summary | | | |
| 127 | OS Restaurant Services - 2014 Form W-2 | | | |
| | | | | |
| 201 | IRS Transcript (1988) | | | |
| 202 | IRS Transcript (1989) | | | |
| 203 | IRS Transcript (1990) | | | |
| 204 | IRS Transcript (1991) | | | |
| 205 | IRS Transcript (1992) | | | |
| 206 | IRS Transcript (1993) | | | |
| 207 | IRS Transcript (1994) | | | |
| 208 | IRS Transcript (1995) | | | |
| 209 | IRS Transcript (1996) | | | |
| 210 | IRS Transcript (1997) | | | |
| 211 | IRS Transcript (1998) | | | |

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 212 | IRS Transcript (1999) | | | |
| 213 | IRS Transcript (200) | | | |
| 214 | IRS Transcript (2001) | | | |
| 215 | IRS Transcript (2002) | | | |
| 216 | IRS Transcript (2003) | | | |
| 217 | IRS Transcript (2004) | | | |
| 218 | IRS Transcript (2005) | | | |
| 219 | IRS Transcript (2006) | | | |
| 220 | IRS Transcript (2007) | | | |
| 221 | IRS Transcript (2008) | | | |
| 222 | IRS Transcript (2009) | | | |
| 223 | Certificate of Lack of Record | | | |
| | | | | |
| 301 | Certificate of Lack of Record | | | |
| 302 | 2018 FORM 1041 | | | |
| 303 | Submission Tree re: 2018 FORM 1041 | | | |
| 304 | 2019 FORM 1041 Original | | | |
| 305 | 2019 FORM 1041 Certified Copy | | | |
| 306 | 2018 Account Transcript | | | |
| 307 | 2019 Account Transcript | | | |
| | | | | |
| 401 | Account Agreement dated 12/30/2019 | | | |
| 402 | January 2020 statement | | | |
| 403 | February 2020 statement | | | |
| 404 | March 2020 statement | | | |
| 405 | April 2020 statement | | | |

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 406 | Deposit Ticket dated 12/30/2019 | | | |
| 406A | Copy of Deposit Ticket dated 12/30/2019 | | | |
| 407 | Deposit Ticket dated 2/29/2020 | | | |
| 407A | Copy of Deposit Ticket dated 2/29/2020 | | | |
| 408 | Original Treasury Check dated 12/17/2019 | | | |
| 408A | Copy of Treasury Check dated 12/17/2019 | | | |
| 409 | Original Treasury Check dated 2/25/2020 | | | |
| 409A | Copy of Treasury Check dated 2/25/2020 | | | |
| 410 | Photo of Deposit on 12/30/2019 | | | |
| 411 | Photo of Deposit on 2/29/2020 | | | |
| 412 | Check dated 3/1/20 | | | |
| 413 | FDIC Records (certified) | | | |
| 414 | Certificate of insurance (certified) | | | |
| 415 | Complaint submitted to Consumer Financial Protection Bureau | | | |
| 416 | Letter from Banker's Trust dated 3/10/2020 | | | |
| 417 | Photo (2/29/2020) (Office) | | | |
| 418 | Photo (2/29/2020(Front Door) | | | |
| 419 | Photo (3/3/2020) (Office) | | | |
| | | | | |
| 501 | Purchase Agreement for 2020 Mercedes Benz E63 Sedan | | | |
| 502 | Purchase Agreement for 2017 Mercedes Benz G63 SUV | | | |
| 503 | Purchase Agreement for 2019 Mercedes Benz SL450 Coupe | | | |
| 504 | Cashier's checks dated March 3, 2020 | | | |
| 505 | Cashier's check dated March 4, 2020 | | | |
| 506 | Photo of 2020 Mercedes Benz E63 Sedan | | | |
| 507 | Photo of 2020 Mercedes Benz E63 Sedan | | | |

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 508 | Photo of 2017 Mercedes Benz G63 SUV | | | |
| 509 | Photo of 2017 Mercedes Benz G63 SUV | | | |
| 510 | Photo of 2019 Mercedes Benz SL450 Coupe | | | |
| 511 | Photo of 2019 Mercedes Benz SL450 Coupe | | | |
| 512 | Seizure Warrant dated June 16, 2020, for 2020 Mercedes Benz E63 Sedan | | | |
| 513 | Seizure Warrant dated June 16, 2020, for 2017 Mercedes Benz G63 SUV | | | |
| 514 | Return for Seizure Warrant dated June 16, 2020, for 2017 Mercedes Benz G63 SUV | | | |
| 515 | Seizure Warrant dated June 16, 2020, for 2019 Mercedes Benz SL450 Coupe | | | |
| 516 | Return for Seizure Warrant dated June 16, 2020, for 2019 Mercedes Benz SL450 Coupe | | | |
| 517 | Order for turnover of 2020 Mercedes Benz E63 Sedan | | | |
| 518 | Correspondence dated August 6, 2020 | | | |
| | | | | |
| 601 | Income Summary, 2014-2018 | | | |
| 602 | Kock Filing Requirement Summary Table | | | |
| 603 | Office photo dated 2/29/20 | | | |
| 604A | Front exterior photo dated 3/3/20 | | | |
| 604B | Front exterior photo dated 3/3/20 | | | |
| 604C | Front exterior photo dated 3/3/20 | | | |
| 605A | Front exterior photo dated 3/4/20 | | | |
| 605B | Front exterior photo dated 3/4/20 | | | |
| 605C | Front exterior photo dated 3/4/20 | | | |
| 606A | Front exterior photo dated 3/6/20 | | | |
| 606B | Front exterior photo dated 3/6/20 | | | |
| 607 | Kock CC's to MB | | | |
| 608 | Kock CC's to MB | | | |

| Exhibit No. | Description | S | O | A |
|---|---|---|---|---|
| 609 | Kock CC's to MB | | | |
| 610 | Kock CC's to MB | | | |
| 611 | IRS letter to Bankers Trust dated 3/9/20 | | | |
| 612 | Email to Iowa Division of Banking dated 3/16/20 | | | |
| 613 | Letter from Bankers Trust dated 4/3/20 | | | |
| 614 | Letter to Bankers Trust dated 5/21/20 | | | |
| 615 | IRS voucher dated 3/17/20 | | | |
| | | | | |

Respectfully submitted,

Richard D. Westphal
Acting United States Attorney


By:      /s/ Andrew H. Kahl
          Andrew H. Kahl
          Assistant United States Attorney

          U. S. Courthouse Annex, Suite 286
          110 East Court Avenue
          Des Moines, Iowa  50309
          Tel:  (515) 473-9300
          Fax:  (515) 473-9292
          Email:  Andrew.Kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

  X   U.S. Mail _____ Fax _____Hand Delivery

  X   ECF/Electronic filing     ____Other means


UNITED STATES ATTORNEY

By: /s/ *Dawn Thomas*_____
        Paralegal Specialist