Prepared by and return to:
Location Information:
Jeffrey Allan Kock
c/o 9185 Sugar Street
West Des Moines, Iowa [50266]



RECEIVED

SEP 2 4 2021

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# Affidavit

Affiant, Jeffrey Allan Kock, being of sound mind and over the legal age of 18 years, believe, under penalty of perjury, that the following items are factual and have no evidence proving the contrary and believe none exists to the best of his knowledge, information and belief regarding United States District Court for the Southern District of Iowa, case number 4:21-cr-00054, UNITED STATES OF AMERICA v. JEFFREY ALLAN KOCK:

1. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant is a Consumer, meaning any natural person allegedly obligated to pay any debt. Affiant believes none exists.

2. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant has an address. Affiant only has location information, meaning place of abode and his telephone number at such place. Affiant believes none exists.

3. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant is a living, breathing man with DNA evidence, and his body, information and genetic material are his property. Affiant believes none exists.

4. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes that "all men are created equal, that they are endowed by their creator with certain unalienable rights, that among these are Life, Liberty, and the pursuit of Happiness." Affiant believes none exists.

5. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes the purpose of government is "to secure these rights, governments are instituted among men, deriving their just powers from the consent of the governed." Affiant believes none exists.

6. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes his rights of Life, Liberty and pursuit of Happiness are being threatened in the above-noted court case. Affiant does not have the right to face his accuser to privately settle the matter as all crimes are commercial as he has attempted to do so. Affiant believes none exists.

7. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant is a US citizen. Affiant believes none exists.

8. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant spells his given name or surname in all capital letters and affiant believes he has not received full disclosure on the court's use of the all capital name. Affiant believes none exists.



9. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes he can be a name. Affiant believes none exists.

10. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant consented at any time to being warehoused as surety nor has Affiant agreed to any surety agreement. Affiant believes none exists.

11. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant is the (original) creditor meaning any person who offers or extends credit creating a debt or to whom a debt is owed, but such term does not include any person to the extent that he receives an assignment or transfer of a debt in default solely for the purpose of facilitating collection of such debt for another. Affiant believes none exists.

12. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes the person "Andrew H. Kahl", in any correspondence to Affiant, is not an attorney but a debt collector acting under Title 15 of the United States Code. Affiant believes none exists.

13. Affiant has neither seen nor has been presented with evidence to the contrary that debt collector means any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. The term includes any creditor who, in the process of collecting his own debts, uses any name other than his own which would indicate that a **third person** is collecting or attempting to collect such debts. Affiant further believes that he is the only original and all others involved in above-noted case are third parties. Affiant believes no evidence exists.

14. Affiant has neither seen nor has been presented with evidence to the contrary, that Affiant believes ANDREW HAYES KAHL, New York Registration number 2400075 is an attorney. Affiant believes none exists.

15. Affiant has neither seen nor has been presented with evidence to the contrary, pursuant to Title 15 Affiant never gave Andrew H. Kahl, Andrew Hayes Kahl, or ANDREW HAYES KAHL permission to contact Affiant. Affiant believes none exists.

16. Affiant has neither seen nor has been presented with evidence to the contrary and he does not believe he authorized the bringing of legal actions by debt collector. Affiant believes none exists.

17. Affiant has neither seen nor has been presented with evidence to the contrary and Affiant believes Andrew Hayes Kahl used criminal means to harm Affiant, his reputation, and property. Affiant believes none exists.

18. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes Andrew Hayes Kahl has used language the natural consequence of which is to abuse Affiant. Affiant believes none exists.

19. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes Andrew Hayes Kahl has caused Affiant's telephone to ring repeatedly with the intent to annoy, abuse or harrass Affiant. Affiant believes none exists.

20. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes Andrew Hayes Kahl has made false or misleading representations:



a. The implication that the debt collector is vouched for, bonded by, or affiliated with the United States or any State, including the use of any badge, uniform or facsimile thereof.

b. The false representation that any individual is an attorney or that any communication is from an attorney.

c. The representation that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or credtor intends to take such action.

d. The threat to take any action that cannot legally be taken....

e. The false representation or implication that the consumer **[Affiant]** committed any crime or other conduct in order to disgrace the consumer.

f. The use or distribution of any written communication which simulates or is falsely represented to be a document authorized, issued, or approved by any court, official, or agency of the United States or any State, or which creates a false impression as to its source, authorization or approval.

g. The false representation or implication that documents are legal process.

h. The use of any business, company or organization name other than the true name of the debt collector's business, company or organization.

i. The false representation or implication that documents are not legal process forms or do not require action by the consumer.

Affiant believes none exists.

21. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes Andrew Hayes Kahl has caused charges to be made to a person for communications by concealment of the true purpose of the communication. Affiant believes none exists.

22. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes any debt related to the above-noted court case has been verified. Affiant believes none exists.

23. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes it is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer alledgedly owes such creditor, when in face such person is not so participating. Affiant believes none exists.

24. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes two or more persons have and are continuing to conspire to injure, oppress, threaten, or intimidate Affiant in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same, and two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured. Affiant believes none exists.

25. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes Andrew Hayes Kahl, ANDREW HAYES KAHL and Andrew H. Kahl have no authority over Affiant, consumer. Affiant believes none exists.

26. Affiant has neither seen nor has been presented with evidence to the contrary that Affiant believes Andrew Hayes Kahl has caused extensive damage and trauma to the

3 of 4 Affidavit



Life, Liberty and pursuit of Happiness to Affiant and to Affiant's family and friends. Affiant believes none exists.

FURTHER AFFIANT SAYETH NOT.

I, Jeffrey Allan Kock, do hereby swear and affirm under my own unlimited commercial liability that the foregoing statements are true, correct, complete and not misleading to the very best of my knowledge, information and belief.

Jeffrey Allan Kock

**Jurat**

State of IOWA          )
                       )     ss
County of DALLAS       )

Subscribed before me, _____23_____ a Notary this ____ day of _September_ 2021 upon satisfactory evidence to the identity of Affiant as Subscribed Number 834120
Sworn before me.

BRENNA THOMPSON
Commission Number 834120
My Commission Expires
8·31·24

My commision expires: _8·31·24_ Notary: _Brenna Thompson_

---

Authorities (including but not limited to):

1.  15 USC 1692a – Definitions
2.  15 USC 1692b – Acquisition of location information
3.  15 USC 1692c – Communication in connection with debt collection
4.  15 USC 1692d – Harrassment or abuse
5.  15 USC 1692e – False or misleading representations
6.  15 USC 1692g – Validation of debts
7.  15 USC 1692i – Legal Actions by debt collectors
8.  15 USC 1692j – Furnishing certain deceptive forms
9.  15 USC 1692k – Civil liability
10. 15 USC 1692l – Administrative enforcement
11. 28 USC 3002(15) – Definition of United States
12. 18 USC 241 – Conspiracy against rights
13. 27 CFR 72.11

USC = United States Code

