State of Iowa, Dallas County, SS
I, Chad C. Airhart, Recorder in and for said
County do hereby certify that this is a true
copy of the instrument as the same appears
of record in my office in Book 2020
on Page 24044. Witness my hand this
30 day of November A.D. 2020

Dallas County Recorder

Doc ID: 008178310010 Type: AFF
Recorded: 09/09/2020 at 02:09:38 PM
Fee Amt: $62.00 Page 1 of 10
Dallas County Iowa
Chad C. Airhart RECORDER
File#

BK 2020 PG 24044

**RECEIVED**

SEP 24 2021    PL

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## Affidavit / Writ of Entry
(Type of Document)

Preparer Information:

Jeffrey Kock c/o 5874 Merle Hay Road suite 123, Johnston, Iowa
Name                Address                City, State, Zip Code [50131]    Phone Number
                                                                             515-322-7924

Taxpayer Information:

_____
Name                Address                City, State, Zip Code

Return Document To:

Jeffrey Allen Kock c/o 5874 Merle Hay Road, Johnston, Iowa [50131]
Name                Address                City, State, Zip Code 515 322-7924

Grantors: JEFFREY ALLAN Kock    Grantees: Jeffrey Allan Kock

Legal Description:_____

_____

Related documents:_____

_____



# Affidavit

i, **Kock, Jeffrey Allan**, in esse and sui juris, at all times relevant privately living and privately domiciling at the nation Iowa without the jurisdiction of the "United States," without a "Federal District" and within a non-military occupied private estate, being duly sworn, depose, certify and declare that i am of lawful age and sound mind and judgment, not under any form of threat, duress or coercion, that i aver to tell the truth as i know it to be and provide the following facts to the best of my knowledge and belief. Upon my personal knowledge, belief and understanding, i state the following to be true, correct and accurate and not intended to mislead:

i, **Kock, Jeffrey Allan**, do hereby affirm and attest that i have executed this Writ of Entry dated September 8, 2020 with the full intention to be known on this day and forevermore as a private American national union member of the United States of American, privately residing and privately domiciling outside the federal district within a non-military occupied private estate, not subject to the jurisdiction of the United States.

i declare under Oath of the good conscience of the Laws of ***The United States of America***, and the nation Iowa republic, that the foregoing is true, correct and not misleading, and *i* believe accurate, based upon my current knowledge and belief.

Freely executed by my sole freewill act and deed on this 8th day of September A.D., 2020, at or near the location of Polk county, nation Iowa.

Further Affiant sayeth naught,

Kock, Jeffrey Allan, Affiant.
Without Prejudice.
Private domicile at the nation Iowa, the United States of America.

The United States of America ⎤
 
The State of Iowa      ⎬ — subscribed and Affirmed     <u>Notary Public Verification Upon Oath</u>
 
The County of Polk ⎦

BE IT KNOWN, that on this 8th Day of September A.D. 2020 subscribed and sworn before me, a Notary Public by the State, duly authorized, empowered and admitted to take sworn testimony and verifications, came by special limited restricted ministerial visitation *Kock, Jeffrey Allan*, determined by me from satisfactory evidence to be within named and acknowledged the above "Affidavit" being duly sworn to be his personal knowledge of the facts expressed. IN TESTIMONY whereof I have hereunto set my Hand and Seal this Day and Year last aforesaid.

BRYAN HENRY YORK
Commission Number 812197
My Commission Expires
August 16, 2021
Notary Public - signature

SEAL

My commission expires 8/16/2021



## Kock, Jeffrey Allan of Polk County, Iowa

*Exodus 3:14*
*And God said unto Moses, I AM THAT I AM: and he said, Thus shalt thou say unto the children of Israel, I AM hath sent me unto you.*

Donald John Trump
President of the United States & Chief Executive Officer of The United States Government
Government Of The United States
The U S Capitol
Washington, DC 20515-0001
United States

Ms. Nancy Pelosi
Office of the Speaker of the House Majority
U.S. House of Representatives
235 Cannon House Office Building,
Washington, DC 20515-0001
United States
ph: (202) 225-4965
fax: (202) 225-8259

Greetings and Blessings, and to all whom these presents shall come;

i, Kock, Jeffrey Allan, *sui juris*, of full age, under oath and affirmed as the truth, to be true and correct before god almighty, to the required recipients below:

## I
## Writ of Praecipe
## For Entry Upon the Rolls of Congress

NOW MAKING A MINISTERIAL VISITATION UNDER INHERENT AUTHORITY OF MY DE JURE STATELESS PRIMARY RIGHT HOLDER UNDER GOD AS ACKNOWLEDGED BY THE DECLARATION OF INDEPENDENCE PUBLISHED JULY 4, 1776, IT IS ORDERED AND COMMANDED:

1 | P a g e                              K o c k ,   J e f f r e y   A l l a n

## II
## Notice of Exodus

*Psalm 77:19 Thy way is in the sea, and thy path in the great waters, and thy footsteps are not known.*

*Isaiah 46:4 And even to your old age I am he; and even to hoar hairs will I carry you: I have made, and I will bear; even I will carry, and will deliver you.*

That Congress within the meaning of Article III, Article I and Article IV, United States House of Representatives and its Speaker of the House thereof, take notice and acknowledgment that the Jeffrey Allan head of household, *sui juris*, (48), national of nation Iowa and de jure residents therein, from the de jure international Territory Article IV Section 3 Clause 2, releasing the same; and, that all property, estate, rights of action, incorporeal rights be debited withdrawn otherwise released from duty over said Estates, respectively.

## III
## Notice of Entry

*Joshua 1:3 Every place that the sole of your foot shall tread upon, that have I given unto you, as I said unto Moses.*

*Luke 5:11 And when they had brought their ships to land, they forsook all, and followed him.*

That Congress within the meaning of Article III, Article I and Article IV, United States House of Representatives and its Speaker of the House thereof, take notice and acknowledgment that the Jeffrey Allan head of household (48), *sui juris*, civilian national of nation Iowa and de jure residents therein, do exercise the inherent election and notice thereof of their entry and domicile upon Union body politic settled upon the soil, and deposit the same living estate therein for protections thereof.

## IV

I am autochthonous de jure stateless status nationality without a state or country within the nation Iowa at my nativity, my abode now egressed therefrom, and ingress now a national of the nation Iowa by virtue of the Ninth and Tenth Articles in Amendment in the Constitution, do not relinquish at any time my national status and national domicile with natural allegiance, by free association, within the boundaries of the Union of the Several States defined by implication of Congressional Act of Admission into the Union of March 3, 1845 pursuant to federal constitution Article IV sec 3 clause 1, and sec 4—but without same said section 3 clause 2 regarding "Territory" and without the "District of Columbia" Art 1 section 8 clause 17;

## V

(a) i am a moral person who possesses an understanding and will peculiar to myself;

(b) i forward to explain the accompanying documents (Annex B) which proves my ancestral descent from these aboriginal native pre-colonial people.

(c) Fact, Aboriginal or *de jure* native born American people do not fall within the boundaries of State nor Federal jurisdiction by virtue of the Declaration of Independence 1776 except thru personal election of personal member status, and therefore must be looked upon within the body of private international law and the 1907 Hague Treaty Article 23(f)(g)(h) that apply to Jeffrey Allan Kock:

2 | P a g e                    K o c k .   J e f f r e y   A l l a n

648           MULTILATERAL AGREEMENTS, 1776–1917

### ARTICLE 23

In addition to the prohibitions provided by special Conventions, it is especially forbidden:

(a) To employ poison or poisoned weapons;

(b) To kill or wound treacherously individuals belonging to the hostile nation or army;

(c) To kill or wound an enemy who, having laid down his arms, or having no longer means of defence, has surrendered at discretion;

(d) To declare that no quarter will be given;

(e) To employ arms, projectiles, or material calculated to cause unnecessary suffering;

(f) To make improper use of a flag of truce, of the national flag, or of the military insignia and uniform of the enemy, as well as the distinctive badges of the Geneva Convention;

(g) To destroy or seize the enemy's property, unless such destruction or seizure be imperatively demanded by the necessities of war;

(h) To declare abolished, suspended, or inadmissible in a Court of law the rights and actions of the nationals of the hostile party.

(d) In relation to my doing business as registration in the Territorial jurisdiction of Article IV section 3 clause 2 i am a consumer/natural person/private civilians doing business at all times without waiving any right, remedy, defense, in connection with my domicile nationality of nation Iowa status.

(e) As demonstration of the analogy of my writ of entry into the constitutional union compact under international law; and i have annexed herewith endorsements upon the official Admissions Act per Article IV section 3 clause 1, see below graphic "EXODUS, ENTRY" to be entered upon the journal rolls of congressional record per Art I section 5:

Constitution Article IV Section 3 & 4

**Section 3.**

*Entry*

New states may be admitted by the Congress into this union; but no new states shall be formed or erected within the jurisdiction of any other state; nor any state be formed by the junction of two or more states, or parts of states, without the consent of the legislatures of the states concerned as well as of the Congress.

*Exodus*

The Congress shall have power to dispose of and make all needful rules and regulations respecting the territory or other property belonging to the United States; and nothing in this Constitution shall be so construed as to prejudice any claims of the United States, or of any particular state.

"EXODUS, ENTRY"

3 | P a g e                    K o c k ,  J e f f r e y  A l l a n

(f) My participation in voting shall always be within the true meaning of Article 1 sections 2 and 3 Senators and Members of the House of Representatives being elected from States and section 2 of the 14th Amendment only applies insofar as it safeguards the original meaning of said Article 1 without waiving my native national of nation Iowa status.

(g) i am a national that is a self-governing body politic, acknowledged by the King of England, and the King of France, instinct independent sovereignty in the true sense of that term, not a dependency on the United States but the heir to rights and status of my forefathers as Settlors of that written record on parchment;

(h) i execute said writ of entry (Annex A) upon the official congressional Act of Admission for the State of Iowa, a Union State, of March 3, 1845 as my personal express act of my entry as a national within said Union State within the meaning of that Article IV sec 3 clause 1 "Admissions" without waiving my native national of nation Iowa status.

(i) This is my current status and corrects all previous status declarations or notices over same subject matter;

(j) i have tendered and delivered lawful silver-coin to treasury in the settlement of all debts imputed to me and my family by notice of secured debts by section 4 of the fourteenth amendment extirpating any territorial de facto denigration of my national status or barring my entry into my national sovereignty therein.

(k) My national identity arise by my entry to Union membership represent two distinct powers, rights and immunities that i do not waive.

<u>My mailing location within the Union in my national status :</u>
*Jeffrey Allan Kock Living Estate Trust*
*Jeffrey Allan Kock*
*Merle Hay Road—five eight seven four unit one two three*
*Johnston—Polk County*
*Nation Iowa. 00-00-0*

<u>My Mailing location within the Territory doing business:</u>
*Kock, Jeffrey Allan*
*d/b/a Jeffrey Allan Kock.*
*c/o 5874 Merle Hay Road Unit 123*
*Johnston, Iowa. near [50131-1291]*

(l) Until and unless this Affidavit is rebutted by counter-affidavit, point-for-point or should any single point of this Affidavit be successfully rebutted, all remaining points not similarly rebutted it stands as truth in law.

So, affirmed and humbly declared, before the goodness of the Creator god himself. These documents are given merely as notice to my ancestral origin; and the corresponding jurisdiction that must be upheld at all levels of the State and Federal government in receipt of this notice. Only my signature/seal required here:

4 | P a g e          K o c k , J e f f r e y  A l l a n

Much gratitude to you in advance for dealing, correcting and noticing all State and Federal government officials with this matter. Thank you for your service to Our country and to the office bearing a great responsibility and a rich history.

I avail myself of this occasion to convey the assurances of my most distinguished consideration.

Yours truly,

Kock; Jeffrey Allan
Settlor. Beneficiary. Private American National

| Grantor | Executor | Beneficiary | Attorney In Fact |

All Rights Reserved.



Kock, Jeffrey Allan

**Annex A**

*The under signed of the state of New York . The Union . April 16, 2020*

STATUTE II.

March 3, 1845.    CHAP. XLVIII.—*An Act for the admission of the States of Iowa and Florida into the Union. (a)*

Preamble.

Whereas, the people of the Territory of Iowa did, on the seventh day of October, eighteen hundred and forty-four, by a convention of delegates called and assembled for that purpose, form for themselves a constitution and State government; and whereas, the people of the Territory of Florida did, in like manner, by their delegates, on the eleventh day of January, eighteen hundred and thirty-nine, form for themselves a constitution and State government, both of which said constitutions are republican; and said conventions having asked the admission of their respective Territories into the Union on an equal footing with the original States:

Act of March 3, 1845, ch. 75, and ch. 76.

Iowa and Florida declared to be States, on an equal footing with the original States.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the States of Iowa and Florida be, and the same are hereby, declared to be States of the United States of America, and are hereby admitted into the Union on an equal footing with the original States in all respects whatsoever.

Boundaries of Iowa.

1846, ch. 82

SEC. 2. And be it further enacted, That the following shall be the boundaries of the said State of Iowa, to wit: Beginning at the mouth of the Des Moines river, at the middle of the Mississippi, thence by the said parallel of the channel of that river to the parallel of latitude passing through the mouth of the Mankato, or Blue-Earth river, thence west along the said parallel of latitude to a point where it is intersected by a meridian line, seventeen degrees and thirty minutes west of the meridian of Washington city, thence due south to the northern boundary line of the State of Missouri, thence eastwardly following that boundary to the

(a) Notes to the act of June, 1836, ch. 96.

---

**TWENTY-EIGHTH CONGRESS.    SESS. II. CH. 63.    1845.**    743

point at which the same intersects the Des Moines river, thence by the middle of the channel of that river to the place of beginning.

SEC. 3. And be it further enacted, That the said State of Iowa shall have concurrent jurisdiction on the river Mississippi, and every other river bordering on the said State of Iowa, so far as the said rivers shall form a common boundary to said State, and any other State or States now or hereafter to be formed or bounded by the same. Such rivers to be common to both: And that the said river Mississippi, and the navigable waters leading into the same, shall be common highways, and forever free as well to the inhabitants of said State, as to all other citizens of the United States, without any tax, duty, impost, or toll therefor, imposed by the said State of Iowa.

SEC. 4. And be it further enacted, That it is made and declared to be a fundamental condition of the admission of said State of Iowa into the Union, that so much of this act as relates to the said State of Iowa shall be assented to by a majority of the qualified electors at their township elections, in the manner and at the time prescribed in the sixth section of the thirteenth article of the constitution adopted at Iowa city the first day of November, anno Domini eighteen hundred and forty-four, or by the legislature of said State. And as soon as such assent shall be given, the President of the United States shall announce the same by proclamation; and therefrom and without further proceedings on the part of Congress the admission of the said State of Iowa into the Union, on an equal footing in all respects whatever with the original States, shall be considered as complete.

SEC. 5. And be it further enacted, That said State of Florida shall embrace the territories of East and West Florida, which by the treaty of amity, settlement and limits between the United States and Spain, on the twenty-second day of February, eighteen hundred and nineteen, were ceded to the United States.

SEC. 6. And be it further enacted, That until the next census and apportionment shall be made, each of said States of Iowa and Florida shall be entitled to one representative in the House of Representatives of the United States.

SEC. 7. And be it further enacted, That said States of Iowa and Florida are admitted into the Union on the express condition that they shall never interfere with the primary disposal of the public lands lying within them, nor levy any tax on the same whilst remaining the property of the United States: Provided, That the ordinance of the convention that formed the constitution of Iowa, and which is appended to the said constitution, shall not be deemed or taken to have any effect or validity, or to be recognised as in any manner obligatory upon the Government of the United States.

APPROVED, March 3, 1845.

*Iowa to have concurrent jurisdiction on the Mississippi and other rivers.*

*Assent of people of Iowa to this act necessary.*

*Boundaries of Florida.*

*Iowa and Florida each to have one representative in Congress.*

*Iowa and Florida not to interfere with, or tax the public lands.*

*Ordinance of the convention of Iowa not obligatory on U.S.*

*Entered upon the minutes of the trust on the date aforesaid.*

6 | P a g e

Kock, Jeffrey Allan

# FAMILY TREE *of*
# Kock, Jeffrey Allan



*Roger Thomas*
Roger T Kock

*Larrell Fredrich*
Larrell Kock

FREDRICH KOCK

MAGDELINA PETERSEN KOCK

*Catherin Elizabeth*
Catherine Suing

ZENO OTTO SUING

MATILDA SCHMIDT SUING

*Jeffrey Allan*
Jeffrey Allan

*Donald Sieg Richardson*

Brether Richardson

Ida Vnae Sieg Richardson

*Susan Elizabeth*
Susan E Richardson

*Mon Eliz Watkins*

George K Watkins

Sarah Troubner Watkins

Annex B

