IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY ALLAN KOCK,<br><br>    Defendant. | **No. 4:21-cr-00054-RGE-SHL**<br><br><br>**ORDER APPOINTING<br>STAND-BY COUNSEL** |

Defendant Jeffrey Allan Kock has elected to proceed to trial pro se. Under the Court's inherent authority, the Court appoints standby counsel to assist Kock and to protect the integrity and ensure the continuity of the judicial proceeds. *See McKaskle v. Wiggins*, 465 U.S. 168 (1984). The Court appoints Attorney Mackenzi Jo Nash to serve as standby counsel.

**IT IS ORDERED** that Attorney Mackenzi Jo Nash is appointed as standby counsel.

**IT IS SO ORDERED.**

Dated this 27th day of September, 2021.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE