**United States District Court for the Southern District of Iowa**

Presiding: Honorable Rebecca Goodgame Ebinger

Case No. 4:21-cr-00054-RGE-SHL                  :  Clerk's Court Minutes – Voir Dire/Jury Trial Day 1

| Plaintiff(s) | | Defendant(s) |
|---|---|---|
| UNITED STATES OF AMERICA | : | JEFFREY ALLAN KOCK |

Plaintiff(s) Counsel: Andrew Kahl, Debra Scorpiniti

Defendant(s) Counsel: Jeffrey Kock

Court Reporter: Chelsey Wheeler                  :  Interpreter: N/A

Motion(s) for Ruling:                           Ruling      /    Ruling Reserved

**Proceedings:**

At 8:30 a.m., Court addresses parties outside presence of jury pool. Court addresses preliminary jury instruction. At 8:40 a.m., Court holds colloquy with Defendant regarding stand-by counsel. At 8:45 a.m., Defendant requests stand-by counsel. At 8:50 a.m., Court appoints Federal Public Defender Mackenzie Nash as stand-by counsel. At 9:07 a.m., Court addresses preliminary jury instructions. At 9:10 a.m., Court addresses jury selection. At 9:14 a.m., Defendant makes record. At 9:20 a.m., Government makes record about jury questionnaires. At 9:24 a.m., Court recesses. At 9:40 a.m., Court resumes and addresses jury selection. At 9:42 a.m., Court recesses. At 9:45 a.m., jury pool is seated. At 9:56 a.m., Court resumes. The jury pool is sworn. Court admonishes jury pool. At 10:10 a.m., Court conducts voir dire. At 10:48 a.m., Government conducts voir dire. Government passes for cause. At 10:55 a.m., Defendant conducts voir dire. Defendant passes for cause. At 10:58 a.m., parties exercise strikes on regular and alternate jurors. At 11:26 a.m., Court reads names of selected jurors. 12 jurors and 2 alternate jurors selected. Court excuses potential jurors not selected. Court admonishes selected jurors. Jury is sworn. At 11:35 a.m., jury is excused. Court resumes outside the presence of the jury. At 11:39 a.m., Court recesses. At 12:25 p.m., Court resumes outside presence of jury. At 12:29 p.m., jury enters. At 12:31 p.m., Government reads the indictment. At 12:45 p.m., Court reads preliminary jury instructions. At 1:24 p.m., Government gives opening statement. At 1:37 p.m., Defense gives opening statement. Court addresses jury regarding note taking. At 1:44 p.m., Government calls Tifa Serdarevic; witness sworn. At 2:30 p.m., Government calls Edin Hadzi; witness sworn. At 3:07 p.m., jury excused for recess. Court resumes outside the presence of the jury. At 3:09 p.m., Court recesses. At 3:18 p.m., Court resumes outside the presence of the jury. At 3:21 p.m., jury enters. Examination of Hadzi resumes. At 3:37 p.m., Government calls witness Jodi Selby; witness sworn. At 4:14 p.m., Government calls witness Carolyn Sharrah. Court admonishes the witness. At 4:55 p.m., Court admonishes the jury and jury is released for the day. At 4:57 p.m., Court resumes outside the presence of the jury. Court addresses exhibit labeling and trial timing. At 5:01 p.m., Court recesses.

Time in Court: 7 hours, 6 min.          Time in Recess: 1 hour, 25 min.

Time Start: 8:30 a.m.

Time End:  5:01 p.m.

Date: September 27, 2021

/s/ Kandy Sands

Deputy Clerk