**United States District Court for the Southern District of Iowa**

Presiding: Honorable Rebecca Goodgame Ebinger

Case No. 4:21-cr-00054-RGE-SHL          :    Clerk's Court Minutes – Jury Trial - Day 2

| Plaintiff(s) | Defendant(s) |
|---|---|
| UNITED STATES OF AMERICA | JEFFREY ALLAN KOCK |

Plaintiff(s) Counsel: Andrew Kahl, Debra Scorpiniti

Defendant(s) Counsel: Jeffrey Kock

Court Reporter: Chelsey Wheeler          :    Interpreter: N/A

Motion(s) for Ruling:                    Ruling    /    Ruling Reserved

Proceedings:

At 8:37 a.m., Court resumes outside the presence of the jury. Court addresses exhibits. At 8:40 a.m., Court addresses Defendant affidavits and docket entries. Court holds colloquy with Defendant. At 9:03 a.m., jury enters. At 9:05 a.m., examination of witness Sharrah continues from prior day. At 9:46 a.m., Government calls Anthony Gladney; witness sworn. At 10:07 a.m., Governments calls Johnny Villotti; witness sworn. At 10:14 a.m., Government calls Special Agent Todd Eklov; witness sworn. At 10:47 a.m., jury is excused for recess. At 10:48 a.m., Court resumes outside the presence of the jury. Court addresses trial timing. At 10:52 a.m., Court recesses. At 11:04 a.m., Court resumes outside the presence of the jury. At 11:05 a.m., jury enters. At 11:06 a.m., Government calls Jenae Halstead; witness sworn. At 11:14 a.m., Government calls Tracy Starr; witness sworn. At 11:28 a.m., Government calls Kristel McVey. At 11:38 a.m., Government calls Janice Rickert; witness sworn. At 11:53 a.m., jury excused for recess. At 11:54 a.m., Court resumes outside the presence of the jury. Court addresses trial schedule. At 11:56 a.m., Defendant subpoenas treasury checks, Ex. 408 and 409. Court addresses subpoena of witnesses. At 11:59 a.m., Court recesses. At 12:25 p.m., Court resumes outside the presence of the jury. At 12:27 p.m., jury enters. At 12:29 p.m., Government calls Chris Roginsky; witness sworn. At 1:07 p.m., Government calls Mindy Yingst; witness sworn. At 1:13 p.m., Government calls Richard Ripper; witness sworn. At 1:20 p.m., Government calls Kelly Christiansen; witness sworn. At 1:29 p.m., Government calls Mary Ann Lee; witness sworn. At 1:39 p.m., Government calls David Lundahl; witness sworn. At 1:55 p.m., Government recalls witness Eklov. At 2:18 p.m., jury excused for recess. Court addresses trial timing. Court directs Defendant to turn in trial exhibits by end of day today. Court addresses final jury instructions. At 2:27 p.m., Court recesses. At 2:36 p.m., Court resumes outside the presence of the jury. At 2:37 p.m., jury enters. At 2:39 p.m., examination of witness Eklov continues. At 2:44 p.m., Government calls Special Agent Jerry Whitten; witness sworn. At 2:52 p.m., Court admonishes the jury and jury is released for the day. At 2:55 p.m., Court resumes outside the presence of the jury. Court addresses final jury instructions. At 2:58 p.m., Court recesses. At 4:04 p.m., Court resumes outside the presence of the jury. Court and parties amend the final jury instructions. At 4:35 p.m., Court holds colloquy with Defendant regarding testifying. At 4:37 p.m., Court addresses Defendant's exhibits. Court addresses trial events. At 5:04 p.m., Court recesses.

Time in Court: 6 hours, 34 min.          Time in Recess: 1 hour, 53 min.

Time Start: 8:37 a.m.

Time End:  5:04 p.m.

Date: September 28, 2021

/s/ Kandy Sands

Deputy Clerk