**United States District Court for the Southern District of Iowa**

Presiding: Honorable Rebecca Goodgame Ebinger

Case No. 4:21-cr-00054-RGE-SHL     :     Clerk's Court Minutes – Jury Trial - Day 3

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | JEFFREY ALLAN KOCK |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

Plaintiff(s) Counsel: Andrew Kahl, Debra Scorpiniti

Defendant(s) Counsel: Jeffrey Kock

Court Reporter: Chelsey Wheeler     :     Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Defendant's Oral Motion for Judgment of Acquittal | Denied | : | |
| | | : | |
| | | : | |
| | | : | |

Proceedings:

At 8:41 a.m., Court resumes outside presence of jury. Court addresses final jury instructions. Defendant makes record about testifying. At 8:55 a.m., jury enters. At 8:57 a.m., Government calls Bryan York; witness sworn. At 9:15 a.m., Government calls Scott Steckel; witness sworn. At 9:36 a.m., Government rests. At 9:37 a.m., jury is excused for recess. Court resumes outside the presence of the jury. Court addresses exhibits. At 9:42 a.m., Defendant moves for judgment of acquittal. At. 9:42 a.m., Government argues against judgment of acquittal. Court denies motion for judgment of acquittal. Parties agree to retention of alternate jurors. At 9:47 a.m., Court recesses. At 10:09 a.m., Court resumes outside the presence of the jury. At 10:11 a.m., jury enters. At 10:13 a.m., Defense rests. At 10:13 a.m., Court reads final jury instructions. At 10:51 a.m., Government presents closing argument. At 11:24 a.m., Defense presents closing argument. At 11:52 a.m., Government argues in rebuttal. At 11:56 a.m., Court instructs jury as to deliberation. At 11:59 a.m., jury begins deliberation. At 12:05 p.m., Court directs Defendant to maintain identified exhibits in the record of the Court. At 12:06 p.m., Court recesses. Jury returns a verdict at 1:27 p.m. At 1:36 p.m., Court resumes outside of presence of jury. At 1:38 p.m., jury enters. At 1:39 p.m., jury foreperson confirms the jury reached a unanimous verdict. At 1:40 p.m., Court reads verdict. Jury returns guilty verdict as to Counts 1-13. At 1:46 p.m., Court accepts the verdict. At 1:46 p.m., Court releases jury from admonishment. At 1:48 p.m., Court releases jury. At 1:50 p.m., Court orders presentence investigation report be prepared. At 1:51 p.m., Government requested Defendant by remanded to custody of the United States Marshal. Defendant argued against being remanded. Court orders Defendant remanded pending sentencing. At 1:53 p.m., Court holds colloquy with Defendant regarding representation. Court appoints Mackenzi Nash as Defendant's attorney with Defendant's consent. Sentencing is set for February 4, 2022, at 10:00 a.m. At 1:57 p.m., Court adjourns.
Time in Court: 3 hours 24 minutes. Time in Recess: 1 hours 52 minutes.

Time Start: 8:41 a.m.

Time End:  1:57 p.m.

Date: September 29, 2021

/s/ Kandy Sands

Deputy Clerk