IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ALLAN KOCK,<br><br>Defendant. | No. 4:21-cr-00054-RGE-SHL<br><br>VERDICT FORM |

### COUNT 1

With respect to the crime of willful failure to file an individual income tax return for the calendar year 2014, as charged in Count 1 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

_____ NOT GUILTY        __X__ GUILTY

### COUNT 2

With respect to the crime of willful failure to file an individual income tax return for the calendar year 2015, as charged in Count 2 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

_____ NOT GUILTY        __X__ GUILTY

*CONTINUE TO NEXT PAGE*

1

## COUNT 3

With respect to the crime of willful failure to file an individual income tax return for the calendar year 2016, as charged in Count 3 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

\_\_\_\_\_ NOT GUILTY          \_X\_ GUILTY

## COUNT 4

With respect to the crime of willful failure to file an individual income tax return for the calendar year 2017, as charged in Count 4 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

\_\_\_\_\_ NOT GUILTY          \_X\_ GUILTY

## COUNT 5

With respect to the crime of willful failure to file an individual income tax return for the calendar year 2018, as charged in Count 5 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

\_\_\_\_\_ NOT GUILTY          \_X\_ GUILTY

*CONTINUE TO NEXT PAGE*

## COUNT 6

With respect to the crime of making a false claim against the United States on an IRS Form 1041 for the calendar year 2018 as charged in Count 6 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

_____ NOT GUILTY          __X__ GUILTY

## COUNT 7

With respect to the crime of making a false claim against the United States on an IRS Form 1041 for the calendar year 2019 as charged in Count 7 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

_____ NOT GUILTY          __X__ GUILTY

## COUNT 8

With respect to the crime of wire fraud as charged in Count 8 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

_____ NOT GUILTY          __X__ GUILTY

*CONTINUE TO NEXT PAGE*

## COUNT 9

With respect to the crime of mail fraud as charged in Count 9 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

_____ NOT GUILTY          _X_ GUILTY

## COUNT 10

With respect to the crime of money laundering with respect to a cashier's check in the amount of $146,271.80 for the purchase of a 2020 Mercedes Benz E63 sedan as charged in Count 10 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

_____ NOT GUILTY          _X_ GUILTY

## COUNT 11

With respect to the crime of money laundering with respect to a cashier's check in the amount of $122,556.05 for the purchase of a 2017 Mercedes Benz G63 SUV as charged in Count 11 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

_____ NOT GUILTY          _X_ GUILTY

*CONTINUE TO NEXT PAGE*

## COUNT 12

With respect to the crime of money laundering with respect to a cashier's check in the amount of $117,581.70 for the purchase of a 2019 Mercedes Benz SL450 coupe as charged in Count 12 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

_____ NOT GUILTY        __X__ GUILTY

## COUNT 13

With respect to the crime of concealment of an asset as charged in Count 13 of the Indictment, we, the jury, unanimously find the Defendant, JEFFREY ALLAN KOCK:

_____ NOT GUILTY        __X__ GUILTY

We, the jury, unanimously agree to all of the verdicts above.

9/29/2021
DATE

JURY FOREPERSON

5