| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **No. 4:21-cr-00054-RGE-HCA** |
| v. | |
| JEFFREY ALLAN KOCK, | **JURY TRIAL**<br>**EXHIBIT LIST** |
| Defendant. | |

# GOVERNMENT EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|-----|-------------|---|---|-----|---|-----|----|----|
| 101 | IRS Information Return Data (2014) | X | X | X | | X | | 9/28/2021 |
| 102 | IRS Information Return Data (2015) | X | X | X | | X | | 9/28/2021 |
| 103 | IRS Information Return Data (2016) | X | X | X | | X | | 9/28/2021 |
| 104 | IRS Information Return Data (2017) | X | X | X | | X | | 9/28/2021 |
| 105 | IRS Information Return Data (2018) | X | X | X | | X | | 9/28/2021 |
| 106 | IRS Information Return Data (2019) | X | X | X | | X | | 9/28/2021 |
| 107 | Iowa Workforce Development wage summary | X | X | X | | X | | 9/28/2021 |
| 108 | Iowa Workforce Development benefit record | X | X | | X | | | 9/28/2021 |
| 109 | Earnings Records – Shottenkirk Waukee, Inc. | X | X | | X | | | 9/28/2021 |
| 110 | 2014 W-2 (Louie's Wine Dive) | X | X | | X | | | 9/28/2021 |
| 111 | 2014 paycheck summary (Louie's Wine Dive) | X | X | | X | | | 9/28/2021 |
| 112 | Paychecks (Louie's Wine Dive) | X | X | | X | | | 9/28/2021 |
| 113 | 2017 W-2 (Doc's Lounge) | X | X | | X | | | 9/28/2021 |
| 114 | 2018 W-2 (Doc's Lounge) | X | X | | X | | | 9/28/2021 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 115 | 2019 W-2 (Doc's Lounge) | X | X | | X | | | 9/28/2021 |
| 116 | Paystubs (Doc's Lounge) | X | X | | X | | | 9/28/2021 |
| 117 | Employee Summary (Rayon Development) | X | X | | X | | | 9/28/2021 |
| 118 | Check History Detail (Rayon Development/Hessen Haus) | X | X | | X | | | 9/28/2021 |
| 119 | Check History Detail (Rayon Development/Buzzard Billy's) | X | X | | X | | | 9/28/2021 |
| 120 | OS Restaurant Services - Employee Summary | X | X | | X | | | 9/28/2021 |
| 121 | OS Restaurant Services - Name, Address, and Telephone | X | X | | X | | | 9/28/2021 |
| 122 | OS Restaurant Services - Status & Key Dates | X | X | | X | | | 9/28/2021 |
| 123 | OS Restaurant Services - Private Info | X | X | | X | | | 9/28/2021 |
| 124 | OS Restaurant Services - Job Summary | X | X | | X | | | 9/28/2021 |
| 125 | OS Restaurant Services - Compensation Summary | X | X | | X | | | 9/28/2021 |
| 126 | OS Restaurant Services - 2014 Pay Summary | X | X | | X | | | 9/28/2021 |
| 127 | OS Restaurant Services - 2014 Form W-2 | X | X | | X | | | 9/28/2021 |
| 201 | IRS Transcript (1988) | X | X | X | X | | | 9/28/2021 |
| 202 | IRS Transcript (1989) | X | X | X | X | | | 9/28/2021 |
| 203 | IRS Transcript (1990) | X | X | X | X | | | 9/28/2021 |
| 204 | IRS Transcript (1991) | X | X | X | X | | | 9/28/2021 |
| 205 | IRS Transcript (1992) | X | X | X | X | | | 9/28/2021 |
| 206 | IRS Transcript (1993) | X | X | X | X | | | 9/28/2021 |
| 207 | IRS Transcript (1994) | X | X | X | X | | | 9/28/2021 |
| 208 | IRS Transcript (1995) | X | X | X | X | | | 9/28/2021 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|-----|-------------|---|---|-----|---|-----|----|----|
| 209 | IRS Transcript (1996) | X | X | X | | X | | 9/28/2021 |
| 210 | IRS Transcript (1997) | X | X | X | | X | | 9/28/2021 |
| 211 | IRS Transcript (1998) | X | X | X | | X | | 9/28/2021 |
| 212 | IRS Transcript (1999) | X | X | X | | X | | 9/28/2021 |
| 213 | IRS Transcript (200) | X | X | X | | X | | 9/28/2021 |
| 214 | IRS Transcript (2001) | X | X | X | | X | | 9/28/2021 |
| 215 | IRS Transcript (2002) | X | X | X | | X | | 9/28/2021 |
| 216 | IRS Transcript (2003) | X | X | X | | X | | 9/28/2021 |
| 217 | IRS Transcript (2004) | X | X | X | | X | | 9/28/2021 |
| 218 | IRS Transcript (2005) | X | X | X | | X | | 9/28/2021 |
| 219 | IRS Transcript (2006) | X | X | X | | X | | 9/28/2021 |
| 220 | IRS Transcript (2007) | X | X | X | | X | | 9/28/2021 |
| 221 | IRS Transcript (2008) | X | X | X | | X | | 9/28/2021 |
| 222 | IRS Transcript (2009) | X | X | X | | X | | 9/28/2021 |
| 223 | Certificate of Lack of Record | X | X | | X | | | 9/28/2021 |
| 301 | Certificate of Lack of Record | | X | X | | | | 9/27/2021 |
| 302 | 2018 FORM 1041 | X | X | | X | | | 9/27/2021 |
| 303 | Submission Tree re: 2018 FORM 1041 | X | X | X | | X | | 9/27/2021 |
| 304 | 2019 FORM 1041 Original | X | X | | X | | | 9/27/2021 |
| 305 | 2019 FORM 1041 Certified Copy | X | X | | X | | | 9/27/2021 |
| 306 | 2018 Account Transcript | X | X | | X | | | 9/27/2021 |
| 307 | 2019 Account Transcript | X | X | | X | | | 9/27/2021 |
| 401 | Account Agreement dated 12/30/2019 | X | X | | X | | | 9/27/2021 |
| 402 | January 2020 statement | X | X | | X | | | 9/27/2021 |
| 403 | February 2020 statement | X | X | | X | | | 9/27/2021 |
| 404 | March 2020 statement | X | X | | X | | | 9/27/2021 |
| 405 | April 2020 statement | X | X | | X | | | 9/27/2021 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 406 | Deposit Ticket dated 12/30/2019 | X | X | | X | | | 9/27/2021 |
| 406A | Copy of Deposit Ticket dated 12/30/2019 | X | X | | X | | | 9/27/2021 |
| 407 | Deposit Ticket dated 2/29/2020 | X | X | | X | | | 9/27/2021 |
| 407A | Copy of Deposit Ticket dated 2/29/2020 | X | X | | X | | | 9/27/2021 |
| 408 | Original Treasury Check dated 12/17/2019 | X | X | | X | | | 9/27/2021 |
| 408A | Copy of Treasury Check dated 12/17/2019 | X | X | | X | | | 9/27/2021 |
| 409 | Original Treasury Check dated 2/25/2020 | X | X | | X | | | 9/27/2021 |
| 409A | Copy of Treasury Check dated 2/25/2020 | X | X | | X | | | 9/27/2021 |
| 410 | Photo of Deposit on 12/30/2019 | X | X | | X | | | 9/27/2021 |
| 411 | Photo of Deposit on 2/29/2020 | X | X | | X | | | 9/27/2021 |
| 412 | Check dated 3/1/20 | X | X | | X | | | 9/27/2021 |
| 413 | FDIC Records (certified) | X | X | | X | | | 9/27/2021 |
| 414 | Certificate of insurance (certified) | X | X | | X | | | 9/27/2021 |
| 415 | Complaint submitted to Consumer Financial Protection Bureau | X | X | | X | | | 9/29/2021 |
| 416 | Letter from Banker's Trust dated 3/10/2020 | X | X | | X | | | 9/27/2021 |
| 417 | Photo (2/29/2020) (Office) | X | X | | X | | | 9/27/2021 |
| 418 | Photo (2/29/2020(Front Door) | X | X | | X | | | 9/27/2021 |
| 419 | Photo (3/3/2020) (Office) | X | X | | X | | | 9/27/2021 |
| 501 | Purchase Agreement for 2020 Mercedes Benz E63 Sedan | X | X | | X | | | 9/28/2021 |
| 502 | Purchase Agreement for 2017 Mercedes Benz G63 SUV | X | X | | X | | | 9/28/2021 |
| 503 | Purchase Agreement for 2019 Mercedes Benz SL450 Coupe | X | X | X | | X | | 9/28/2021 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 504 | Cashier's checks dated March 3, 2020 | X | X | | X | | | 9/27/2021 |
| 505 | Cashier's check dated March 4, 2020 | X | X | | X | | | 9/27/2021 |
| 506 | Photo of 2020 Mercedes Benz E63 Sedan | X | X | | X | | | 9/28/2021 |
| 507 | Photo of 2020 Mercedes Benz E63 Sedan | X | X | | X | | | 9/28/2021 |
| 508 | Photo of 2017 Mercedes Benz G63 SUV | X | X | | X | | | 9/28/2021 |
| 509 | Photo of 2017 Mercedes Benz G63 SUV | X | X | | X | | | 9/28/2021 |
| 510 | Photo of 2019 Mercedes Benz SL450 Coupe | X | X | | X | | | 9/28/2021 |
| 511 | Photo of 2019 Mercedes Benz SL450 Coupe | X | X | | X | | | 9/28/2021 |
| 512 | Seizure Warrant dated June 16, 2020, for 2020 Mercedes Benz E63 Sedan | X | X | X | | X | | 9/28/2021 |
| 513 | Seizure Warrant dated June 16, 2020, for 2017 Mercedes Benz G63 SUV | X | X | X | | X | | 9/28/2021 |
| 514 | Return for Seizure Warrant dated June 16, 2020, for 2017 Mercedes Benz G63 SUV | X | X | | X | | | 9/28/2021 |
| 515 | Seizure Warrant dated June 16, 2020, for 2019 Mercedes Benz SL450 Coupe | X | X | X | | X | | 9/28/2021 |
| 516 | Return for Seizure Warrant dated June 16, 2020, for 2019 Mercedes Benz SL450 Coupe | X | X | | X | | | 9/28/2021 |
| 517 | Order for turnover of 2020 Mercedes Benz E63 Sedan | X | X | | X | | | 9/28/2021 |
| 518 | Correspondence dated August 6, 2020 | X | X | | X | | | 9/28/2021 |
| 601 | Income Summary, 2014-2018 | X | X | | X | | | 9/28/2021 |
| 602 | Kock Filing Requirement Summary Table | X | X | | X | | | 9/28/2021 |
| 603 | Office photo dated 2/29/20 | X | X | | X | | | 9/27/2021 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 604A | Front exterior photo dated 3/3/20 | X | X | | X | | | 9/27/2021 |
| 604B | Front exterior photo dated 3/3/20 | X | X | | X | | | 9/27/2021 |
| 604C | Front exterior photo dated 3/3/20 | X | X | | X | | | 9/27/2021 |
| 605A | Front exterior photo dated 3/4/20 | X | X | | X | | | 9/27/2021 |
| 605B | Front exterior photo dated 3/4/20 | X | X | | X | | | 9/27/2021 |
| 605C | Front exterior photo dated 3/4/20 | X | X | | X | | | 9/27/2021 |
| 606A | Front exterior photo dated 3/6/20 | X | X | | X | | | 9/27/2021 |
| 606B | Front exterior photo dated 3/6/20 | X | X | | X | | | 9/27/2021 |
| 607 | Kock CC's to MB | X | X | | X | | | 9/27/2021 |
| 608 | Kock CC's to MB | X | X | | X | | | 9/27/2021 |
| 609 | Kock CC's to MB | X | X | | X | | | 9/27/2021 |
| 610 | Kock CC's to MB | X | X | | X | | | 9/27/2021 |
| 611 | IRS letter to Bankers Trust dated 3/9/20 | | X | X | | | | 9/27/2021 |
| 612 | Email to Iowa Division of Banking dated 3/16/20 | X | X | | X | | | 9/28/2021 |
| 613 | Letter from Bankers Trust dated 4/3/20 | X | X | X | | X | | 9/28/2021 |
| 614 | Letter to Bankers Trust dated 5/21/20 | X | X | | X | | | 9/28/2021 |
| 615 | IRS voucher dated 3/17/20 | X | X | | X | | | 9/28/2021 |
| 616 | Photo of house from appraisal | X | X | | X | | | 9/29/2021 |
| 617 | Copy of Redacted Tax Return provided to Realtor | X | X | | X | | | 9/29/2021 |
| 618 | Copy of Receipt from Bankers Trust | X | X | | X | | | 9/29/2021 |

# DEFENSE EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| A1 | Letter | | C | X | | | X | 9/28/2021 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| A2 | Letter | | X | X | | | X | 9/28/2021 |
| A3 | Letter | | X | X | | | X | 9/28/2021 |
| B1 | Letter | | X | X | | | X | 9/28/2021 |
| B2 | Letter | | X | X | | | X | 9/28/2021 |
| B3 | Letter | | X | X | | | X | 9/28/2021 |
| C | CUSIP Research Submission Request Form | | X | X | | | | 9/28/2021 |
| C1 | Affidavit of Fact | | X | X | | | | 9/28/2021 |
| C2 | CUSIP Results | | X | X | | | | 9/28/2021 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order