September 28, 2021

Hon. Judge Ebinger,

I am Roger Thomas Koch. Jeffrey Allan Koch is my son, my wife, Susan Elizabeth Koch and I created him.

Jeff has been living with us for several years. His help has been important to us. His mother had a stroke a few years ago after she retired and we started noticing changes in her. She has both mental and physical issues. Due to Covid we had trouble getting her tested and diagnosed. She has Dementia and other physical problems. I have been through Alzheimer's with my mother. Jeff's physical presence in our home is important. He helps with maintaining our house and cooks. We have to deal with my wife's physical problems. She occasionally falls which makes it hard for just me to help her up. She is physically heavy and weak.

I also have health issues and have to be careful. We are both in our 70's and Jeff's help is important to us both financially and physically. If I lose him, I would be forced to seek outside help for my wife. This could get expensive. His removal from our house could totally change our home and lives.

He can help both of us as we get older, but I am most concerned about keeping my wife safe.

As an American and Army Veteran I thank you for your time and consideration.

Roger Thomas Koch



EP14H © U.S. Postal Service; March 2020; All rights reserved.

P

**U.S. POSTAGE**
**$7.70**
PRML        0006
Orig: 50263
09/28/21
2000051269

R2301E155824    6W
02

CPU

## PRIORITY MAIL 1-DAY®

0 Lb 0.30 Oz

**0006**

RECEIVED

EXPECTED DELIVERY DAY:  09/29/21

OCT 05 2021

SHIP
TO:    CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
123 E WALNUT ST
Des Moines IA  50309-2035

C082

## USPS TRACKING® #

9505 5265 5401 1271 5881 46

DES MOINES IA 500

**JSPS.COM®**
›PLIES ONLINE

EP14H May 2020
OD: 10 x 5

"X-RAYED & CLEARED BY U.S.M.S."

USPS.COM/PICKUP

**ORITY®**
**IAIL**

PSOOOO1000064

*PRESS FIRMLY TO SEAL*

To schedule free Package Pickup,
scan the QR code.

This packaging is the property of the U.S. Postal Service® and is provided solely
for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale.



Judge Rebecca Goodgame Ebinger

U.S. District Court

123 East Walnut Street

Des Moines, Iowa 50309