IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ALLAN KOCK,<br><br>Defendant. | Case No. 4:21-cr-054<br><br>**NOTICE REGARDING GOVERNMENT'S POSITION ON DEFENDANT'S MOTION TO EXTEND POST-TRIAL MOTION DEADLINE** |

Defendant, Jeffrey Allan Kock, through counsel, hereby notifies the Court of the following information relating to his motion to extend the deadline for filing post-trial motions:

1. On October 12, 2021, Mr. Kock filed a motion to extend the deadline for filing post-trial motions.   ECF No. 111.

2. The undersigned counsel mistakenly failed to include the government's position in that motion.

3. Counsel for the government, Assistant U.S. Attorney Andrew Kahl, indicated the government does not resist Mr. Kock's motion.

WHEREFORE, defendant Jeffrey Allan Kock respectfully notifies the Court that the motion to extend filed October 12, 2021 (ECF No. 111), is unresisted.

Respectfully submitted,

  /s/ *Mackenzi J. Nash*
Mackenzi J. Nash, Asst. Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: mackenzi_nash@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/Mindy Guynn*