UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:21-cr-054 |
| | ) | |
| v. | ) | GOVERNMENT'S BILL |
| | ) | OF COSTS |
| JEFFREY ALLAN KOCK, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, respectfully submits its Bill of Costs.   Defendant's convictions under 26 U.S.C. § 7203 carry "costs of prosecution" among the penalty provisions.   The figures below include travel expenses and witness fees for witnesses who gave testimony regarding the Section 7203 counts.   (It is noted that two of said witnesses elected not to request witness fees.)

**$316.03** -- Janice Rickert (OS Restaurant Services)

**$377.32** – Richard Ripper (Louie's Wine Dive)

**$91.20** – Kelly Christiansen (Rayon Redevelopment, Inc.)

**$123.32** – Mary Ann Lee (Doc's Lounge)

**$767.52** – Carolyn Sharrah (IRS Kansas City)

The total requested is **$1675.39.**

Respectfully submitted,

Richard D. Westphal
Acting United States Attorney

By:     */s/ Andrew H. Kahl*
        Andrew H. Kahl
        Assistant United States Attorney

        U. S. Courthouse Annex, Suite 286
        110 East Court Avenue
        Des Moines, Iowa   50309
        Tel:   (515) 473-9300
        Fax:   (515) 473-9292
        Email:   Andrew.Kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.   I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery

__X__ECF/Electronic filing      _____Other means

UNITED STATES ATTORNEY

By: /s/ *A. Kahl*
        AUSA