IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY ALLAN KOCK, <br><br> Defendant. | Case No. 4:21-cr-054 <br><br> **DEFENDANT'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL AND MOTION FOR NEW TRIAL** |

Defendant, Jeffrey Allan Kock, renews his motion for judgment of acquittal under Federal Rule of Criminal Procedure 29, and in the alternative, moves for a new trial under Federal Rule of Criminal Procedure 33.  In support of this motion, he asks the Court to consider, in addition to the record developed at trial and such other matters as the Court may consider, the following:

1.     Mr. Kock was charged in a thirteen-count indictment with willfully failing to file tax returns in calendar years 2014 through 2018 (counts 1 through 5), filing false claims in 2018 and 2019 (counts 6 and 7), wire fraud with respect to the false claim alleged in count 6 (count 8), mail fraud with respect to the false claim alleged in count 7 (count 9), money laundering (counts 10 through 12), and concealment of an asset (count 13).

2.     Mr. Kock moved for judgment of acquittal on all counts at the close of the Government's case.[1]  The Court denied Mr. Kock's motion on all counts.

3.     The case was submitted to the jury, which returned verdicts of guilty on all thirteen counts.

---

[1] Mr. Kock did not call any witnesses or offer evidence, thus the close of the government's case was the close of all evidence.

1

4.      Pursuant to Federal Rule of Criminal Procedure Rule 29, Mr. Kock hereby renews his motion for judgment of acquittal on counts one through thirteen.  *See* Fed. R. Crim. P. 29(c) (permitting post-verdict renewal of motion for judgment of acquittal).  The standard for evaluating a post-verdict motion for judgment of acquittal is the same as that applied to the motion made at the close of the government's case.  2A Charles A. Wright et al., *Federal Practice & Procedure* § 465 (Apr. 2021 Update).  Although a jury's verdict is not to be "overturned lightly," the Court must enter a judgment of acquittal of a "reasonable minded jury" could not have found the defendant guilty beyond a reasonable doubt.  *United States v. Boesen*, 491 F.3d 852, 855–56 (8th Cir. 2007) (citations omitted).

5.      Mr. Kock submits that the evidence presented was insufficient to establish he committed the offenses set out in the indictment.  Giving the government the benefit of all reasonable inferences that may be logically drawn from the evidence, the evidence remains insufficient to permit a reasonably-minded jury to conclude beyond a reasonable doubt that Mr. Kock committed the offenses charged.

6.      In the alternative, Mr. Kock asks the Court to order a new trial.  The Court may order a new trial "if the interest of justice so requires."  Fed. R. Crim. P. 33(a).  The Court has "greater" discretion to order a new trial than to enter a judgment of acquittal.  *United States v. Huerta-Orozco*, 132 F. Supp. 2d 763, 773 (N.D. Iowa 2001), *aff'd* 272 F.3d 561 (8th Cir.).  Accordingly, a district court may "grant a new trial even where there is substantial evidence to sustain the verdict." *United States v. Amaya*, 731 F.3d 761, 764 (8th Cir. 2013).  Mr. Kock renews the arguments above and argues that a new trial is in the interest of justice, even if the Court decides against entering a judgment of acquittal.

For the foregoing reasons, Mr. Kock asks the Court to enter a judgment of acquittal on counts one through thirteen.  Alternatively, the Court should order a new trial.

Respectfully submitted,

/s/   *Mackenzi J. Nash*
Mackenzi J. Nash, Asst. Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: mackenzi_nash@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/Mackenzi Nash*

3