IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 4:21-cr-054 |
| v. | ) | |
| | ) | GOVERNMENT'S SUPPLEMENTAL |
| JEFFREY ALLAN KOCK, | ) | SENTENCING STATEMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States submits this supplemental authority in response to defendant's suggestion that the Court should "consider the ongoing COVID-19 pandemic in fashioning his sentence" (Sent. Memo. at 10), asserting that he "is particularly susceptible to complications from the virus due to his asthma, hypertension, and obstructive sleep apnea" (Sent. Memo. at 11-12).

First, even assuming that the record supports these assertions, the Court should conclude that they are outweighed by other sentencing factors, particularly given the seriousness of his offenses. *See, e.g., United States v. Rogers*, 20 F.4th 404, 406 (8th Cir. 2021) (court denied downward variance for career offender defendant, notwithstanding "socioeconomic background and health conditions—asthma, high blood pressure, and high cholesterol—that place him at high risk of serious illness or death from COVID-19."). Relatedly, the availability of a vaccine (whether or not the defendant elects to receive it) largely mitigates the risk of COVID-19. *See United States v. Broadfield*, 5 F.4th 801 (7th Cir. 2021) (denial of compassionate release)

1

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By:    */s/ Andrew H. Kahl*
Andrew H. Kahl
Assistant U.S. Attorney
United States Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309-2053
Tel: (515) 473-9300
Fax: (515) 473-9298
Email: Andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery

_X__ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: /s/ *A. Kahl*
     AUSA