**United States District Court for the Southern District of Iowa**

Presiding: Honorable Judge Rebecca Goodgame Ebinger
Criminal No. 4:21-cr-00054-RGE-SHL          : Clerk's Court Minutes – Sentencing

UNITED STATES OF AMERICA VS. JEFFREY ALLAN KOCK

| | |
|---|---|
| Gov. Atty(s): Andrew Kahl, Debra Scorpiniti | : ✓ Indictment      Superseding Indictment      Information |
| Def. Atty(s): Mackenzi Nash | : In  13  Count(s) – Code Violation: |
| Court Reporter: Kelli Mulcahy | : 26:7203 Failure to File - Calendar Year 2014 (1); 26:7203 Failure to File - |
| Interpreter: N/A | : Calendar Year 2015 (2); 26:7203 Failure to File - Calendar Year 2016 (3); 26:7203 |
| | Failure to File - Calendar Year 2017 (4); 26:7203 Failure to File - Calendar Year |
| | 2018 (5); 18:287 False Claim - Calendar Year 2018 (6); 18:287 False Claim - |
| Date: February 4, 2022 | : Calendar Year 2019 (7); 18:1343 Wire Fraud (8); 18:1341 Mail Fraud (9); 18:1957 |
| Time Start: 10:02 a.m.   Time End: 11:04 a.m. | : Money Laundering (10-12); 18:2232(a) Concealment of Asset (13). |

| | |
|---|---|
|   Defendant reaffirmed guilty plea to Count(s) | : ✓ Court adopted findings of Final PSR |
| ✓ Jury      ✓ Court guilty verdict to Count(s) 1-13 | :   Final PSR as amended |

Minutes:

Defendant appears with counsel for sentencing. USPO Officer present. Defendant confirms guilty verdict from trial held on September 27-29, 2021. Court holds colloquy with Defendant. At 10:07 a.m., parties discuss PSR. At 10:08 a.m., Defense objects to para. 9-24, 88-93, and 99. Court overrules objections consistent with the evidence presented at trial. At 10:12 a.m., Court addresses sentencing guidelines. At 10:16 a.m., Defense objects to grouping of Ct. 13 with Cts. 1-12. At 10:18 a.m., Gov argues in support of PSR. Court overrules. Total Offense Level = 30; Criminal History Category = I; Guideline Imprisonment Range = 97 to 121 months. At 10:23 a.m., Defense presents argument regarding appropriate sentence. At 10:27 a.m., Defendant allocutes. At 10:29 a.m., Government presents argument regarding appropriate sentence. At 10:35 a.m., Defendant allocutes again. At 10:47 a.m., Court pronounces sentence. The Court declines to order the cost of prosecution. At 10:57 a.m., Defense objects to supervised release condition in para. 124. At 10:58 a.m., Gov argues in support of conditions. Court overrules. At 11:02 a.m., Defendant is advised of appeal rights.

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 97 months, consisting of 12 months as to each of Counts 1-5, 60 months as to each of Counts 6-7 and 13, and 97 months as to each of Counts 8-12, with all counts to be served concurrently. Upon release, Defendant shall serve a supervised release term of 3 years, consisting of 3 years on each of Counts 6-13 to be served concurrently. Court ordered $404,440.85 in restitution, interest waived. $925 Special Assessment to the Crime Victims' Fund Assessment, consisting of $25 as to each of Counts 1-5 and $100 as to each of Counts 6-13.

Defendant is remanded into the custody of the United States Marshal.

/s/ Kandy Sands

Deputy Clerk