IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JEFFREY ALLAN KOCK,<br><br>        Defendant. | **No. 4:21-cr-00054-RGE-SHL**<br><br>**SENTENCING HEARING<br>EXHIBIT LIST** |

## GOVERNMENT EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Letter from Bankers Trust | X | X | | X | | | 2/4/2022 |

## DEFENSE EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| A1 | Letter of Support | X | X | | X | | | 2/4/2022 |
| A2 | Letter of Support | X | X | | X | | | 2/4/2022 |
| A3 | Letter of Support | X | X | | X | | | 2/4/2022 |
| A4 | Letter of Support | X | X | | X | | | 2/4/2022 |
| A5 | Letter of Support | X | X | | X | | | 2/4/2022 |
| B1 | Sealed Exhibit, ECF No. 142 | X | X | | X | | | 2/4/2022 |
| B2 | Sealed Exhibit, ECF No. 142-1 | X | X | | X | | | 2/4/2022 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

1