IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

               v.

JEFFREY ALLAN KOCK,

               Defendant.

)
)
)   Criminal No. 4:21-CR-054
)
)   MOTION TO
)   SUPPLEMENT
)   THE RECORD
)
)

The United States of America, by and through its undersigned counsel, respectfully moves to supplement the record with the attached copy of Exhibit A from the *Faretta* Hearing held on May 20, 2021. In support of this motion, the United States states as follows:

1. Defendant appeared at a *Faretta* hearing before Chief Magistrate Judge Adams on May 20, 2021. During the hearing, he offered Exhibit A without objection. (*See* Court's Minutes at Docket No. 25.; *see also* Transcript at pp. 26-27.) Exhibit A, however, was not filed in the docket.

2. At the *Faretta* hearing, undersigned counsel was provided with a copy of Exhibit A, which is attached to this pleading. Counsel has contacted the Clerk's office, and it appears that the Court no longer has the original of Exhibit A.

3. Rule 10(e)(2)(B) of the Federal Rules of Appellate Procedure authorizes the District Court to supplement the record "[i]f anything material to either party is omitted from … the record by error or accident." In this case, defendant has filed an

appeal which, *inter alia*, challenges the validity of his *Faretta* waiver, meaning that Exhibit A is material to the pending appeal.

WHEREFORE the United States respectfully requests this Court to supplement the record and certify that the attached document is a true copy of Exhibit A, as offered at the *Faretta* hearing on May 20, 2021.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:    */s/ Andrew H. Kahl*
Andrew H. Kahl
Assistant United States Attorney

U. S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa  50309
Tel:  (515) 473-9300
Fax:  (515) 473-9292
Email:  Andrew.Kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery

__X__ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: */s/ Dawn Thomas*
   Paralegal Specialist