UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )       CASE NO. 4:21-cr-54
            Plaintiff,              )
                                    )
       vs.                          )       TRANSCRIPT OF STATUS
                                    )       CONFERENCE PROCEEDINGS
                                    )
JEFFREY ALLAN KOCK,                 )
                                    )
            Defendant.             )
_____

                                    COURTROOM 160, FIRST FLOOR
                                    U.S. COURTHOUSE
                                    123 East Walnut Street
                                    Des Moines, Iowa 50309
                                    Tuesday, August 17, 2021
                                    2:17 p.m.

BEFORE:  THE HONORABLE REBECCA GOODGAME EBINGER, DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:              ANDREW KAHL
                                United States Attorney's Office
                                U.S. Courthouse Annex
                                110 East Court Avenue, Suite 286
                                Des Moines, IA 50309

                Chelsey Wheeler, CSR, RPR, FCRR
                   United States Courthouse
                    123 East Walnut Street
                    Des Moines, IA 50309

P R O C E E D I N G S

(In open court with counsel for the Government present.)

THE COURT:  Thank you.  Please be seated.

We are here in the matter of the United States of America versus Jeffrey Alan Koch.  This is Case No. 4:21-cr-54. This is the time and date set for hearing on a status conference in this case.  It's actually not the time.  It is the date set.  It is 2:18 p.m.  The United States is represented by Assistant United States Attorney Andrew Kahl, and the defendant has failed to appear.

The record should reflect that this matter was set for hearing by order of the Court.  The order was mailed to the defendant at his place of residence.  The address that the notice was sent to, as reflected on the docket, was 9185 Sugar Street in West Des Moines.  That is the defendant's address of record.  It is the address that is, as I stated, on the docket, and it is the address that the defendant signed in with on his order setting conditions of release, as reflected on document 16 on the docket at page 4, in his own handwriting.

That's the status of the case.

Mr. Kahl, what's the Government's position?

MR. KAHL:  Having had no contact from the defendant, we suggest that a bench warrant should issue.

THE COURT:  Do you believe that the Court has

adequately established notice to this defendant based upon the record made here today and the records reflected in the docket?

MR. KAHL:  I do, Your Honor.

THE COURT:  Any additional record from the Government?

MR. KAHL:  No thank you.

THE COURT:  So based upon the defendant's failure to appear for this status conference that was set on July 29, 2021, as reflected in docket entry No. 35, with the status conference text order mailed by chambers to the pro se defendant at his listed residence -- the Court also can note that no return of that mailing was received by chambers or the clerk's office.

For that reason, the Court will issue a bench warrant for failure to appear for Mr. Koch at this time.

Any additional record from the Government?

MR. KAHL:  No.  Thank you, Your Honor.

THE COURT:  The record should also reflect that the defendant is appearing pro se.  The district court notes the docket reflects a hearing pursuant to *Faretta* by Chief Magistrate Judge Adams resulting in an order allowing him to appear pro se on the docket at docket No. 27.  Therefore, there is no attorney present here today because none is on record for this defendant by his own assertion of constitutional rights.

With that, that will close the record.

This hearing is adjourned.  Thank you.

(The status conference concluded at 2:21 p.m.)

CERTIFICATE

I, Chelsey Wheeler, a Certified Shorthand Reporter of the State of Iowa and Federal Official Realtime Court Reporter in and for the United States District Court for the Southern District of Iowa, do hereby certify, pursuant to Title 28, United States Code, Section 753, that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-titled matter and that the transcript page format is in conformance with the regulation of the Judicial Conference of the United States.

DATED this 6th day of September 2022.


/s/*Chelsey Wheeler*

Chelsey Wheeler
Certified Shorthand Reporter