

FOR THE SOUTHERN DISTRICT OF IOWA
8th CIRCUIT APPEALS

The Jeffrey Allen Kock, rex, the King )
           Petitioner )
       V. )
The United States of America, et al., )
THE UNITED STATES OF AMERICA, ET AL., )
THE UNITED STATES, ET AL., )
THE UNITED STATES OF AMERICA, INC. ET AL., )
United States, et al., )
          Respondent )

PRIVATE - NOT FOR
PUBLIC USE

Account/
Case no:

4:21-CR-00054
VIA USPS certified mail
7013 3020 0001 7175 7756

Notice to court
of equity
Petition

RECEIVED
SEP 26 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE
TO PRINCIPAL IS NOTICE TO ALL AGENTS
THIS IS A LEGAL NOTICE AND DEMAND

"He said therefore a certain nobleman went into a far
country to receive for himself a kingdom, and to return."
                   -Luke 19:12, KJV;

NOTICE OF CONSTRUCTIVE TRUST

As King, the Jeffrey Allen Kock, rex, hereby claim all equitable
rights, title and interest to the following account
numbers at UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA: 4:20-CV-00527,
4:21-CF-00054; UNITED STATES MARSHAL

RE 1900525 9345-17.760 Page 1

SERVICE Number: Kock, JEFFREY ALLAN 43277-509; POLK COUNTY JAIL (Iowa) INMATE number Kock, JEFFREY ALLAN, 800669, and all property thereof known and unknown, tangible or intangible, that Petitioner created such constructive trust being in sound body, mind, spirit and soul, that this Constructive Trust commence immediately forthwith; that the Grantor and beneficiary of said trust is the Jeffrey Allan Kock, rex, the king; that the intent and purpose of said Trust is an equitable remedy that a court imposes against one who has obtained property by wrongdoing; imposed to prevent unjust enrichment; and also to hold property for the estate of the king, the Jeffrey Allan Kock, rex;

## NOTICE OF HYPOTHECATED LIEN

As King, the Jeffrey Allan Kock, rex, I hereby place an Hypothecated lien on account numbers as referenced above: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA: 4:20-CV-00327, 4:21-cr-00054;

UNITED STATES MARSHAL SERVICE Number: Kock, JEFFREY ALLAN 43277-509; POLK COUNTY JAIL INMATE: Kock, JEFFREY ALLAN, 800669;

RE:190052593 US-17.760 Page 2

As King, the Jeffrey Allan Kock, rex, I hereby direct the court to liquidate all bonds, assets, tangible or intangible - known and unknown, dissolve/satoff all debts with proceeds of liquidation (Eodem ligamine quo ligatum est dissolutur: An obligation is dissolved by the same bond by which it is contracted) and settle and close all accounts; use remaining funds to be deposited into the Court Registry Investment System at 6% (six percent) per annum for the benefit of the Jeffrey Allan Kock, rex, the king, make monthly disbursements to the king-beneficiary, and also for any court costs that may be incurred;

NOTICE OF DISCHARGE OF PROPERTY

As King, the Jeffrey Allan Kock, rex, I hereby decree that the discharge and release of the property as follows: six foot, zero inch (6'0") man, human being, blue eyes brown hair, 285 lbs, scar in left armpit, scar on stomach and on right ribcage, melanin complexion of European descent ["white"], held by bailee and labeled "Kock, JEFFREY ALLAN 43277-509, is to be released and discharged

forthwith;

## REMEDY REQUESTED

Release and discharge the property (of the Petitioner) and corpus dilecti; issue a bond to the Petitioner for his time incarcerated at one hundred thousand per day (100,000.00 USD) USD at 6% per annum (from proceeds of liquidation); Issue a complete accounting of the matter. Any other Remedy the court considers proper;

## RESPONSE BY RESPONDENT

You have (30) thirty days to respond to this document. If you fail to respond within the thirty days (30) you agree to this petition by your own tacit acquiescence and forfeit all claims against the king, the Jeffrey Allan Kock, rex;

## NOTICE OF ADDENDUM OF TRUST

The Jeffrey Allan Kock, rex, the king reserves the right to amend/append said Constructive Trust at anytime with an Addendum; Errors and Omissions consistent with intent — right to amend under necessity;

RE190052593US-17.760 page 4

If this document is lost, stolen, destroyed, Mutilated, concealed or removed, you, or the agency, or the Principal or agent shall incur damages in the amount of Ten Million (10,000,000.00) USD in Bonds, per person, per incident, joint and several. No court of the UNITED STATES shall interfere with the order or directives of this petition;

## PENALTIES OF PERJURY

I declare under Penalty of Perjury that the foregoing is true and correct under the laws of the United States of America.

This document moves with the ebb and flow of commerce.

L.S.
Copy
Esther 8:8

L.S.
original
Esther 8:8

John 19:30

By: Jeffrey Allon Kock   Date: September 20, 2022
the Jeffrey Allon Kock
rex, the King

witness: Revelation 1:8
John 5:36
John 5:37
Revelation 22:13

John 3:33

This is a true and correct copy of the original signed in purple ink.

RE190052593-17.760  Page 5

# Certificate of Service

A copy of "Petition" (RE190052593US-17.760, 6 pages) was sent on or about September 20, 2022, to:

Andrew H. Kahl, Assistant U.S. Attorney
UNITED STATES ATTORNEY
110 E. Court Avenue
Des Moines, Iowa 50309

L.S.                L.S.
Copy                original
Esther 8:8          Esther 8:13

John 19:19

John 3:33

Affirmed,

By: Jeffrey Allen Kock  September 20, 2022
    the Jeffrey Allen Kock          Date
    reg, the king

Witness: Revelation 1:8
         John 5:36
         John 5:37
         Revelation 22:13

This is a true and correct copy of the original signed in purple ink.

RE190052593US-17.760

Jeffrey Allan Kock

c/o Inmate Name KOCK, JEFFREY ALLAN

Registration # 43277-509

Federal Prison Camp

P.O. Box 1000

Duluth, Minnesota 55814

OFFICIAL BUSINESS

CERTIFIED MAIL

SAINT PAUL MN 550

22 SEP 2...  PM 5...

7013 3020 0001 7175 7756

UNITED STATES DISTRICT COURT

123 E Walnut

Des Moines, Iowa 50309

...YED & CLEARED BY U.S.M.S. PEO

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814
Attn: Mail Room

Date 9-20-22

The enclosed letter was processed through special mailir
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a questio
or problem over which this facility has jurisdiction, you
may wish to return the material for further information o
clarification. If the writer encloses correspondence for
forwarding to another addressee, please return the
enclosure to the above address.