# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  22-1368
_____

United States of America

Plaintiff - Appellee

v.

Jeffrey Allan Kock

Defendant - Appellant
_____

No:  22-1576
_____

United States of America

Plaintiff - Appellant

v.

Jeffrey Allan Kock

Defendant - Appellee

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:21-cr-00054-RGE-1)
(4:21-cr-00054-RGE-1)

_____

**JUDGMENT**

Before KELLY, ERICKSON, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, vacated in part, and remanded to the district court for proceedings consistent with the opinion of this court.

April 13, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans