# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 13, 2023

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

> RE:  22-1368  United States v. Jeffrey Kock
>       22-1576  United States v. Jeffrey Kock

Dear Sir or Madam:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant and appeared on the appellant's brief, was Heather Quick, AFPD, of Cedar Rapids, IA.

Counsel who presented argument on behalf of the appellee and appeared on the appellee's brief, was Andrew H. Kahl, AUSA, of Des Moines, IA. The following attorney(s) also appeared on the appellee's brief;   Debra Scorpiniti, AUSA, of Des Moines, IA.

The judge who heard the case in the district court was Honorable Rebecca Goodgame Ebinger.

If you have any questions concerning this case, please call this office.

Michael E. Gans
Clerk of Court

CRJ

Enclosure(s)

cc:  MO Lawyers Weekly

District Court/Agency Case Number(s):  4:21-cr-00054-RGE-1
4:21-cr-00054-RGE-1