# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1368

United States of America

Appellee

v.

Jeffrey Allan Kock

Appellant

No: 22-1576

United States of America

Appellant

v.

Jeffrey Allan Kock

Appellee

---

Appeals from U.S. District Court for the Southern District of Iowa - Central
(4:21-cr-00054-RGE-1)

---

## MANDATE

In accordance with the opinion and judgment of April 13, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

June 15, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit