IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:21-cr-00054 |
| v. | ) | |
| | ) | AFFIDAVIT IN SUPPORT OF |
| JEFFREY ALLAN KOCK, | ) | BILL OF COSTS |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Andrew H. Kahl, pursuant to 28 U.S.C. § 1746, hereby declares and states under penalty of perjury that the following is true to the best of his information and belief:

1.    I submit this affidavit in support of the government's Bill of Costs, previously filed with the Court at Docket No. 115. I was a trial attorney for the United States in this action and have knowledge of the facts set forth herein. Said costs were necessarily incurred in this case, and the expenses reflected thereon were actually and necessarily paid for by the United States. *See* 28 U.S.C. § 1920(3) (indicating that fees and disbursements for witnesses may be taxed as costs); 28 U.S.C. § 1924 (verification requirement).

2.    Records maintained by the U.S. Department of Justice reflect witness fees and travel expenses for the following witnesses who gave testimony regarding the charges under 26 U.S.C. § 7203 alleged against the defendant, which expenses were paid by the United States:

1

A.    Janice Rickert (O.S. Restaurant Services): witness fees of $120 (3 days), local travel transportation and related expenses of $74.03, and meals and lodging of $122, for a total of **$316.03.**

B.    Richard Ripper (Louie's Wine Dive): witness fees of $80 (2 days), mileage reimbursement for travel by privately owned vehicle of $236.32, and meals and lodging of $61, for a total of **$377.32.**

C.    Kelly Christensen (Rayon Redevelopment, Inc.): witness fees of $80 (2 days) and mileage reimbursement for travel by privately owned vehicle of $11.20, for a total of **$91.20.**

D.    Mary Ann Lee (Doc's Lounge): witness fees of $80 (2 days), mileage reimbursement for travel by privately owned vehicle of $40.32, and parking meter cost of $3, for a total of **$123.32.**

3.    Information obtained from the Internal Revenue Service reflects that Carolyn Sharrah, who gave testimony relevant (among other things) to the charges under 26 U.S.C. § 7203, incurred the following travel expenses which were borne by the United States: $306.42 for hotel and parking, $308.60 for rental car and fuel, and $152.50 per diem, for a total of **$767.52.**

4.      Based on the above, the United States seeks costs of prosecution in the total amount of **$1,675.39.**

Signed and sworn this 16th day of June, 2023.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:  */s/Andrew H. Kahl*
          Andrew H. Kahl
          Assistant United States Attorney
          U.S. Courthouse Annex, Suite 286
          110 East Court Avenue
          Des Moines, Iowa 50309
          Tel: (515) 473-9300
          Fax: (515) 473-9292
          Email: Andrew.Kahl@usdoj.gov

JANNA D. COLVIN
Commission Number 195178
My Commission Expires
3-6-25

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery

 X    ECF/Electronic filing     ____Other means

UNITED STATES ATTORNEY

By:  */s/ Janna Colvin*
          Paralegal Specialist

3