IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF IOWA

Case No: 4:21-cr-00054

UNITED STATES OF AMERICA

vs.

JEFFREY ALLAN KOCK

RECEIVED

JUN 20 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

PRIVATE - In the spirit of
Thomas Paine's Common Sense and
secret direction

Notice of Conflict and
Reconcilliation -
The Magnum Opus; Hypostatic
Union; a shotgun wedding
Invitation to:

who: The Court, Plaintiff, Prosecution
Date: After yesterday, before tomorrow
in parpetuity
place: Our Ladyboy of the Coincidentia
oppositorum church (Enchanted
Forest Park Location) on North Southway,
East of west at the end of the road,
in the middle, at the threshold.
*Specializing in Corporeal mergers
and acquisitions
The
couple: Jeffrey Allan Koch and her bridegroom flame

P.1 of 7

Comes now, Bride Jeffrey Allan Reed and her Bridegroom flame, now joining in this Hieros Gamos and reconcilling contraries!

Highlighting this special event are potentially these kinetic bonds:

* Earth, Wind & Fire (with newest member, $H_2O$) playing their classic "September" while chucking chessboards to the dirtbags in the crowd prodding them to get to "October."

* Rob Zombie and his gem "Living Dead Girl"

* Iron Maiden will Rock you with "Run to the Hills" (Run fooor your Li-i-ife!) (Song Lyrics)

* The Red Hot Chili Peppers will cover such classics as "Disco Inferno", "Burnin' Down the House", "Fire on the Mountain," and playing their own hit "Nobody weird like me" because who doesn't love the Lyrics "Intercourse with a porpoise is a dream for me - hell bent on inventing a new species..."

Other wedding activities include:
Running with scissors, playing with matches, cross-dressing/androgany, Take a ride in Tony ~~Spark's~~ Stark's Iron man, Stand in a real Iron Maiden! Oedipus will be in charge of activities - no adultery,

P. 2 of 7

No dishonoring your Mother or Father and respect the Sabbath. Smokey the Bear reminds guests that "Only you can prevent forest fires!"

choice:

## Menu for the Unified couple

Smoking Grilled OX - off the altar
mustard seed crusted scallops
  with grapes, walnuts and onions
    Broken bread and oil
    parsley garnish
Pomegranites & strawberries
    Dessert:
M&M's (no brown)
  Skittles (no yellow)
Of course, wine will
  be served - open bar
Consume the spirit to intoxication!
  (Responsibly)
  (and irresponsibly.)


RSVP, Please.


P. 3 of 7

Partial Guest list of the unified couple

1. Iron Man & Alter ego Tony ~~Spark~~ Stark
2. Dwayne "the Rock" Johnson (Don't call him "Petrus or Cephus")
3. St. Peter, Easter bunny, the Trix Rabbit and Bugs Bunny
4. All the burning trees from "The Two Towers"
5. Vito Corleone (No oranges will be served at wedding)
6. The Fantastic ④'s Human Torch
7. The Six "Shazam" superheros—with their Powers and their Pimp
8. Corpor~~e~~al Klinger from TV's M.A.S.H.
9. 7up's "Dot" (Retired)
10. Pythagoras and his 9 "plus ones" (or 3 plus ones?)
11. Kronos (said will attend ceremony, not dinner, he already ate)
12. Count Dracula, cousin of Coogola & wife Solve
13. Brendan from "Stepbrothers" (I'm not gonna call him Dad-even if there's a fire!)
14. All of the Galleons that Hernan Cortez ordered his crew to burn
15. Navin R. Johnson (or Johnson?) from Steve Martin's "The Jerk" and all the seemingly random stuff he needed, except for his dog.
   (Note to self-ask Earth, Wind & Fire about correct spelling of name)

Guest Etiquette Requested

Please do not wear green. At all.
Feel free to throw white rice and white stones at the unified couple.
Please, bring no gifts. The pre-wedding gift of indictment, trial and prison was the best gift the couple has ever received. All other material things are mere illusions and renounced.

Note to the Court

With absolute gratitude, I present to you the preceding invitation as a parable of my journey through this amazing gift of an experience.

I was unaware of how badly I had beaten myself down in life. The day - rather, the moment I decided to love myself was the real commencement of my transformation. This macrocosm of a microcosm (and vice versa) has been an incredible teacher. I have been divinely guided by unexpected, and very unmistakeable sources, whom I am forever and eternally grateful for.

I discovered a wonderful and mysterious bit of wisdom from a delightful book by Richard Bach. He wrote the following: "The mark of your ignorance is the depth of your belief in injustice and tragedy. What the caterpillar calls the end of the world, the Master calls a butterfly." It took me the better part of this journey to understand the following:

The egg to larva stage is representative of helpless, ignorant man. The larva to pupa stage is man searching for truth - entering the tomb for a metamorphosis. Pupa to adult demonstrates the enlightened soul, rising from his tomb reborn new. It is not unlike the Riddle of the Sphinx, although I question the cane.

The above-noted quote was instrumental in my journey, as was the entire book. The most eye-opening revelations

P. 5 of 7

I've experienced were the parallels between this campus and a "Good book," and various interpretations discovered. The macrocosm of the microcosm (and vice versa) was literally mind-blowing. Four departments on campus were particularly suspect: Landscaping, HVAC, electricity and plumbing. Even more curious to me was the seemingly random selection of special classes upon cursory review—culinary, autobody, carpentry and welding. I have thirty years of culinary experience, I love working on "between the wheels," I already follow and believe in a Master Carpenter with my whole heart and I do desire to unify two very precious metals.

My message is that I am aware. I am also overflowing with gratitude for this undescribable gift. I have been granted an overwhelming abundance of knowledge and wisdom, and it is increasing every day.

I have found the door in a sea of locked doors and I wish to enter. If I am denied, please hear the bride's request for the "death penalty" by electric chair. That spark is here one way or another. The bride hereby renounces all lies, deceit, trickery and illusions of this temporal realm. As done. All is vanity, truly.

I have faith in the postage stamp to carry this to its destination. Prosecution will have to be served electronically, due to a stamp shortage. I have more faith and trust in that spark than the stamp.

P. 6 of 7

In closing, please accept my most sincere apologies for being obstinate, recalcitrant and disrespectful during all proceedings. Sparing much detail about my life until the indictment, I did not expect to live through this experience. Please forgive me. The problem was me all along.

This wedding has been sponsored in part by John 8:32, John 10:34, Hebrews 12:29, Deuteronomy 4:24, 1 Corinthians 3:16 and the number 8.

I would very much like to make my bed now.

Respectfully and with my most highest regards.

Jeffrey Allan Kule

witness: John 5:32, 36, 37
2 Corinthians 13:1

"I must be willing to give up what I am in order to become what I will be." - Albert Einstein

P. 7 of 7

Inmate Name _Kock, Jeffrey Allan_
Registration # _43277-509_
Federal Prison Camp
P.O. Box 1000
Duluth, Minnesota 55814

OFFICIAL BUSINESS

⇔43277-509⇔
Us District Court
123 E Walnut ST
DES Moines, IA 50309
United States

"X-RAYED & CLEARED BY U.S.M.S. BKm

